UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor;<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor<br><br>Defendants. | Civil Action No. 1:25-cv-08935<br><br>**AFFIDAVIT OF JOHN S. "JACK" EDWARDS, JR. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**STATE OF TEXAS**          §
                            §
**HARRIS COUNTY**           §

### AFFIDAVIT OF JOHN S. "JACK" EDWARDS, JR.

Before me, the undersigned notary, on this day personally appeared John S. Edwards, Jr., the affiant, a person whose identity is known to me. After I administered an oath, affiant testified:

1.  "My name is John S. Edwards, Jr. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. Under Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

3. I am an attorney licensed to practice in the State of Texas. I am a partner in the law firm of Ajamie LLP.

4. I am a member in good standing of the State Bar of Texas. Attached as Exhibit A is a Certificate of Good Standing from the Supreme Court of Texas. Attached as Exhibit B is a Certificate of Good Standing from the State Bar of Texas.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no pending disciplinary proceedings against me in any state or federal court."

_____
John S. "Jack" Edwards, Jr.

Sworn to and subscribed before me by John S. "Jack" Edwards, Jr. on October 30th, 2025.

ELAINE BERGUIN
My Notary ID # 125801033
Expires September 8, 2027

_____
Notary Public in and for
the State of Texas

My commission expires: 9/8/27

# EXHIBIT A

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**John Saul Edwards Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2003.

I further certify that the records of this office show that, as of this date

**John Saul Edwards Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 30th day of October, 2025.

BLAKE HAWTHORNE, Clerk



Clerk, Supreme Court of Texas

No. 6702C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# EXHIBIT B

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 30, 2025

Re: John Saul Edwards, State Bar Number 24040851

To Whom It May Concern:

This is to certify that John Saul Edwards was licensed to practice law in Texas on November 06, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253