UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor;<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor<br><br>            Defendants. | Civil Action No. 1:25-cv-08935<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN S. "JACK" EDWARDS, JR.** |

      The motion of John S. "Jack" Edwards, Jr. for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the State Bar of Texas (Bar No. 24040851) and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | John S. "Jack" Edwards, Jr. |
| Firm Name: | Ajamie LLP |
| Address: | 711 Louisiana, Suite 1600 |
| City / State / Zip: | Houston, Texas 77002 |
| Telephone: | (713) 860-1600 |
| Fax: | (713) 860-1699 |
| Email: | jedwards@ajamie.com |

Applicant's having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
                                                                                   UNITED STATES DISTRICT JUDGE