# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Sheresky et al.            Plaintiff,

Case No. 25-cv-08935

-against-

**MOTION FOR ADMISSION**

**PRO HAC VICE**

United States of America, et al.   Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Courtney D. Scobie hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and Connecticut and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                     Respectfully Submitted,

Applicant Signature: _____

Applicant's Name:  Courtney D. Scobie

Firm Name:    Ajamie LLP

Address: 711 Louisiana, Suite 1600

City/State/Zip: Houston, Texas 77002

Telephone/Fax:    713-860-1600  /  713-860-1699

Email:  cscobie@ajamie.com