UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, AND NICHOLAS SUTRO,<br><br>PLAINTIFFS,<br><br>VS.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR;<br><br>DANIEL ARONOWITZ, IN HIS OFFICIAL CAPACITY AS ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR;<br><br>JANET DHILLON, IN HER OFFICIAL CAPACITY AS PRINCIPAL DEPUTY ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR<br><br>DEFENDANTS. | Civil Action No. 1:25-cv-08935<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF COURTNEY D. SCOBIE** |

The motion of Courtney D. Scobie for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the State Bar of Texas (Bar No. 24045796) and the State Bar of Connecticut (Bar No. 445868), and that her contact information is as follows:

    Applicant Name:    Courtney D. Scobie.
    Firm Name:    Ajamie LLP
    Address:    711 Louisiana, Suite 2150
    City / State / Zip:    Houston, Texas 77002
    Telephone:    (713) 860-1600

| | |
|---|---|
| Fax: | (713) 860-1699 |
| Email: | cscobie@ajamie.com |

Applicant's having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                   THE HONORABLE UNITED STATES
                                   DISTRICT JUDGE