UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>    Defendants. | Case No.  25-CV-08935<br><br><br><br><u>**MOTION FOR ADMISSION**</u><br><u>***PRO HAC VICE***</u> |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Southern District of New York, I, Alan L. Rosca of Rosca Scarlato, LLC hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of Ohio. There are no pending disciplinary proceedings against me in any state or federal court. Certificates of Good Standing from the District of Columbia and the State of Ohio are attached as Exhibit A.

I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached an affidavit as Exhibit B pursuant to Local Rule 1.3. A proposed Order is attached as Exhibit C.

DATED: November 7, 2025                                   Respectfully submitted,

                                                                                     */s/ Alan L. Rosca*
                                                                                     Alan L. Rosca
                                                                                     ROSCA SCARLATO LLC
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
Telephone: (216) 570-0097
Email: arosca@rscounsel.law

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                                                     */s/ Alan L. Rosca*
                                                                                     Alan L. Rosca