

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Alan L Rosca

was duly qualified and admitted on April 17, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 05, 2025.*

**JULIO A. CASTILLO**
*Clerk of the Court*

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Alan L. Rosca**
Attorney Registration No. **0084100**

was admitted to the practice of law in Ohio on November 17, 2008; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 6th day of November, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2025-11-06-1
Verify by email at GoodStandingRequests@sc.ohio.gov