UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>Defendants. | Case No. 25-CV-08935<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*** |

Alan L. Rosca, being dully sworn, hereby deposes and says as follows:

1. I am an attorney at Rosca Scarlato, LLC, counsel for Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro ("Plaintiffs") in the above captioned action. I am familiar with the proceedings in this case.

2. I submit this affidavit in support of my motion to appear *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member of good standing of the bars of the District of Columbia and the State of Ohio.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: November 6, 2025

Respectfully submitted,

Alan L. Rosca
ROSCA SCARLATO LLC
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
Telephone: (216) 570-0097
Email: arosca@rscounsel.law

STATE OF OHIO        )
                     ) ss.
COUNTY OF CUYAHOGA   )

Subscribed and sworn to before me on this 6 day of November, 2025.

Notary Public

KAYLA URBANIJA
Notary Public, State of Ohio
My Commission Expires
June 23, 2029
COMMISSION: 2019-RE-790729