IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>　　Defendants. | Case No.  25-CV-08935<br><br><br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

　　The motion of Alan L. Rosca to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

　　Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Ohio, that his contact information is as follows:

　　Name:　　　Alan L. Rosca
　　Firm Name:　Rosca Scarlato, LLC
　　Address:　　2000 Auburn Drive, Suite 200, Beachwood, OH 44122
　　Telephone:　(216) 570-0097
　　Email:　　　arosca@rscounsel.law

　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

DATE: _____, 2025

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK