UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>    Defendants. | Case No. 25-CV-08935<br><br><br><br><u>**MOTION FOR ADMISSION**</u><br><u>***PRO HAC VICE***</u> |

      Pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Southern District of New York, I, Lisa H. Fish of Rosca Scarlato, LLC, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro in the above-captioned action.

      I am a member in good standing of the bars of the Commonwealths of Pennsylvania and Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. Certificates of Good Standing from the Commonwealths of Pennsylvania and Massachusetts are attached as Exhibit A.

I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached an affidavit as Exhibit B pursuant to Local Rule 1.3. A proposed Order is attached as Exhibit C.

Dated: November 8, 2025                             Respectfully submitted,

                                                    _/s/ Lisa H. Fish_
                                                    Lisa H. Fish
                                                    ROSCA SCARLATO LLC
                                                    Main Office:
                                                    2000 Auburn Drive, Suite 200
                                                    Beachwood, OH 44122
                                                    Telephone: (216) 946-7070
                                                    Email: lfish@rscounsel.law

                                                    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                    _/s/ Lisa H. Fish_
                                                    Lisa H. Fish