UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; <br><br> LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor; <br><br> DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and <br><br> JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor, <br><br> Defendants. | Case No. 25-CV-08935 <br><br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Lisa H. Fish, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Rosca Scarlato, LLC, counsel for Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro ("Plaintiffs"), in the above-captioned action. I am familiar with the proceedings in this case.

2. I submit this affidavit in support of my motion to appear pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member of good standing of the bars of the Commonwealths of Pennsylvania and Massachusetts.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  I have never been convicted of a felony.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: November 7, 2025

Respectfully submitted,

*Lisa H. Fish* (signature)

Lisa H. Fish
ROSCA SCARLATO LLC
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
Telephone: (216) 946-7070
Email: lfish@rscounsel.law

STATE OF PENNSYLVANIA   )
                        ) ss.
COUNTY OF BUCKS         )

Subscribed and sworn to before me on this 7 day of November, 2025.

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
John Silbert, Notary Public
Bucks County
My Commission Expires 6/28/2029
Commission # 1389148

_____
Notary Public