AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Sheresky et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-08935 |
| United States of America et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro                                                                    .

Date:    11/10/2025

/s/ Mathew P. Jasinski
*Attorney's signature*

Mathew P. Jasinski, #MJ2752
*Printed name and bar number*
Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Address*

mjasinski@motleyrice.com
*E-mail address*

(860) 218-2725
*Telephone number*

(860) 882-1682
*FAX number*