UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>    Defendants. | Case No. 25-CV-08935<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF LISA H. FISH** |

The motion of Lisa H. Fish to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant has declared that she is a member in good standing of the bars of the Commonwealths of Pennsylvania and Massachusetts, that her contact information is as follows:

    Name:        Lisa H. Fish
    Firm Name:  Rosca Scarlato, LLC
    Address:     Main Office: 2000 Auburn Drive, Suite 200, Beachwood, OH 44122
    Telephone:  (216) 946-7070
    Email:       lfish@rscounsel.law

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

DATE: November 10, 2025

*Paul S. Sandesbe*
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK