AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Sheresky | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-8935 |
| United States | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date:   11/18/2025

/s/ Robert Yalen
*Attorney's signature*

Robert Yalen
*Printed name and bar number*

U.S. Attorney's Office -- SDNY
86 Chambers St., 3rd Floor
New York, NY 10007
*Address*

robert.yalen@usdoj.gov
*E-mail address*

(212) 637-2722
*Telephone number*

*FAX number*