

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 19, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Sheresky v. United States*, No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

      I write respectfully to request an adjournment of the December 3, 2025, initial conference in this Administrative Procedure Act matter.

      The complaint in this case was just served on this Office on November 7, 2025. I was assigned to the matter on November 15, 2025, shortly after the end of the federal government's lapse of appropriations. I have begun discussing the matter with the relevant agency counsel. The Government's response to the complaint, by answer or motion, is due January 6, 2026. Fed. R. Civ. P. 12(a)(2).

      I respectfully request an adjournment of the initial conference until two weeks after the deadline for the government's response to the complaint, which will allow necessary time for consultation within the government and for discussions with plaintiffs' counsel regarding the joint pre-conference letter and joint case management plan required by the Court's individual practices prior to the initial conference. Accordingly, I respectfully request that the initial conference be set for a date convenient to the Court on or after **January 20, 2026**.

      Plaintiffs' counsel does not consent to the request. Plaintiffs' counsel provides the following reason: "Given the Court scheduled this conference for the week after next, our expectation is that the Court would rather address scheduling now, rather than wait for the Government's response. We agree with that approach. There is no reason we can't craft a schedule now, including deadlines for the Government's responsive pleading, any motion to dismiss, and subsequent proceedings."

2

      I thank the Court for its consideration of this letter.  This is the Government's first request for an adjournment of this conference.

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney for the
                                            Southern District of New York

                            By:    */s/ Robert William Yalen*
                                            ROBERT WILLIAM YALEN
                                            Assistant United States Attorney
                                            Tel.:   (212) 637-2722
                                            Email: robert.yalen@usdoj.gov

cc (by ECF):   Counsel for Plaintiffs