AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Sheresky et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-08935 |
| United States of America et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro

Date: 12/9/2025

*Attorney's signature*

Douglas P. Needham, #DN5547
*Printed name and bar number*
Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Address*

dneedham@motleyrice.com
*E-mail address*

(860) 218-2720
*Telephone number*

(860) 882-1682
*FAX number*