UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SHERESKY, JEFFREY SAMSEN, and
NICHOLAS SUTRO,

     Plaintiffs,

- against -

UNITED STATES OF AMERICA,

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;

DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and

JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,

     Defendants.

**ORDER**

25 Civ. 8935 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for December 17, 2025, at 11:00 a.m., is adjourned to **December 17, 2025, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    December 16, 2025

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge