AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA; LORI CHAVEZ-DEREMER, in her official capacity; DANIEL ARONOWITZ, in his official capacity; and JANET DHILLON, in her official capacity

*Defendant(s)*

Civil Action No. 25-cv-08935

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Aronowitz
U.S. Department of Labor
Employee Benefits Security Administration
Suite S-2524
200 Constitution Ave NW
Washington, DC 20210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
F. Franklin Amanat
Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/29/2025



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-08935

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Daniel Aronowitz__

was received by me on *(date)* __November 3, 2025__ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On November 3, 2025, I mailed copies of the summons and complaint by certified mail to (1) the civil-process clerk at the United States Attorney's Office for the Southern District of New York, (2) the Attorney General of the United States at Washington, D.C., (3) the U.S. Department of Labor at Washington, D.C., and (4) Daniel Aronowitz, at the addresses listed below, and on December 11, 2025, I resent copies of the summons and complaint to Daniel Aronowitz after the initial mailing was determined to be undeliverable due to an error on the address label.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12-22-2025__

_____
Server's signature

Sana Chaudhry, Administrative Assistant
*Printed name and title*

Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Server's address*

Additional information regarding attempted service, etc:

| | | | |
|---|---|---|---|
| Civil Process Clerk<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | The Hon. Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | U.S. Department of Labor<br>200 Constitution Ave. NW<br>Washington, D.C. 20210 | The Hon. Daniel Aronowitz<br>U.S. Department of Labor<br>Employee Benefits Security Administration<br>Suite S-2524<br>200 Constitution Ave. NW<br>Washington, D.C. 20210 |