# EXHIBIT 1

| | |
|---|---|
| From: | Snare, Jonathan - SOL |
| To: | Jacob, Greg |
| Subject: | RE: Morgan Stanley Opinion Letter (drafting already underway) |
| Date: | Tuesday, July 22, 2025 7:07:40 PM |

Hi Greg:

I understand this AO request is in the decision queue and the EBSA Front office is aware of this request. I have also been told the EBSA Front Office is navigating a number of priorities so not sure when this will be done. I will be happy to keep you posted. I also touched base briefly with Janet Dhillon and she told me that she would be happy to discuss this with you as well.

Thanks

Jonathan L. Snare, Deputy Solicitor
S-2002
(office direct) 202-693-5263
(work cell) 771-241-2914
Snare.jonathan@dol.gov

**From:** Jacob, Greg
**Sent:** Tuesday, July 22, 2025 9:08 AM
**To:** Snare, Jonathan - SOL
**Subject:** RE: Morgan Stanley Opinion Letter (drafting already underway)

> You don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Jon,

Thanks so much again for looking into this. I know you've got a rolling avalanche on your desk!

If you've heard anything further, I'd love to get a status update. I plan to check in again with Eric/Jeff in the Office of Regulations and Interpretations later this week, and it would be helpful to know if they've been up through the front office yet, as they indicated last month was in the works. Also, of course, if the EBSA front office would benefit from a briefing or from any materials on how necessary and helpful this opinion letter will be from both a business and anti-frivolous-litigation perspective, we'd be very happy to provide that.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110

O'Melveny

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Snare, Jonathan - SOL <Snare.Jonathan@dol.gov>
**Sent:** Tuesday, July 1, 2025 12:01 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Subject:** RE: Morgan Stanley Opinion Letter (drafting already underway)

Greg:

Confirming receipt. Great to catch up with you this morning. I will follow up on this matter and we will get back to you.

Jonathan L. Snare, Deputy Solicitor
S-2002
(office direct) 202-693-5263
(work cell) 771-241-2914
Snare.jonathan@dol.gov

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, July 1, 2025 11:02 AM
**To:** Snare, Jonathan - SOL <Snare.Jonathan@dol.gov>
**Subject:** Morgan Stanley Opinion Letter (drafting already underway)

> You don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Jon,

Following up on our call, please find attached Morgan Stanley's pending opinion letter request (A01533).

EBSA's Office of Regulations and Interpretations agreed after we met with Jeff Turner and Wayne Berry back in December 2024 that this request was meritorious, and Eric Berger told me two weeks ago that getting this letter out is now the office's top interpretive priority. What we're hoping for is a little Front Office nudge to get this really important "tort reform" type letter over the finish line and out. The timing is getting increasingly important given the confusion sown by a very sloppy district court in *Shafer v. Morgan Stanley*, 2023 WL 8100717 (S.D.N.Y. Nov. 21, 2023), and the industry really needs DOL to speak clearly and promptly, as they are planning their go-forward compensation structures at the halfway point into 2025; *Shafer* would require the entire industry to redo everything in ways that would materially hurt the interests of employees, as well as good governance principles articulated by the industry's financial regulators.

Best,
Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110

**O'Melveny**
———————————
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

2