# EXHIBIT 4

| | |
|---|---|
| **From:** | Hauser, Timothy - EBSA |
| **To:** | Jacob, Greg |
| **Subject:** | Re: EBSA Advisory Opinion Request (A01533) |
| **Date:** | Tuesday, December 17, 2024 8:33:25 PM |

[redacted]

**From:** Jacob, Greg
**Sent:** Tuesday, December 17, 2024 6:40:27 PM
**To:** Hauser, Timothy - EBSA
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

[redacted]

I think that the client will elect to proceed with Wayne and the rest of the crew, but if I'm wrong about that I'll let you know.
Greg

**From:** Hauser, Timothy - EBSA
**Sent:** Tuesday, December 17, 2024 6:16 PM
**To:** Jacob, Greg
**Cc:** Hauser, Timothy - EBSA
**Subject:** RE: EBSA Advisory Opinion Request (A01533)
Greg, I'm sorry for the last-minute notice, but I won't be able to make the Thursday meeting. [redacted]. I don't know that I'm necessarily critical to the meeting, but please let me know if you'd like to reschedule.
Thanks,
Tim

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Thursday, December 5, 2024 10:44 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)
Always elegant! If you prefer somewhere else, just name it (I imagine you might well be tired of Hamilton's!); otherwise I'll see you at Hamilton's at noon.
Here is our list:
Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)
It's possible one more might be added, if so I'll supplement. See you soon!
Greg

1

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Thursday, December 5, 2024 10:40 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

A list of attendees would be great.
Looking forward to see you, assuming we are still on. Just meet you across the street at the always elegant Hamilton's?

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, December 4, 2024 12:56 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!
Greg

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,
Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.
If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.
Greg

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM

**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)
Thanks, Greg.
December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.
Tim

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,
Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.
Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.
Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110

**O'Melveny**
_____
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn |
Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)
Greg,
Congratulations on your progress with the book!
I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.
I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?
Tim

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM

3

**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110

**O'Melveny**
_____
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is 202-674-5029.

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences

4

it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
O'Melveny
gjacob@omm.com
O: +1-202-383-5110
_____

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*