# EXHIBIT 5

| | |
|---|---|
| **From:** | <u>Song, Janet - EBSA</u> |
| **To:** | <u>Jacob, Greg</u>; <u>VerGow, Meaghan</u>; <u>Reed, Alexander</u>; <u>Berger, Eric - EBSA</u> |
| **Subject:** | Advisory Opinion request Case ID No. A01533 |
| **Start:** | Monday, January 6, 2025 11:00:00 AM |
| **End:** | Monday, January 6, 2025 12:00:00 PM |
| **Location:** | Microsoft Teams Meeting |

To discuss Advisory Opinion request Case ID No. A01533

---

Microsoft Teams Need help? <https://aka.ms/JoinTeamsMeeting?omkt=en-US>

Join the meeting now <https://teams.microsoft.com/l/meetup-join/19%3ameeting_MDI3OGRlOTktMDIxYy00MmMwLTg2ODktMmYwNThkMTA1ZjZm%40thread.v2/0?context=%7b%22Tid%22%3a%2275a63054-7204-4e0c-9126-adab971d4aca%22%2c%22Oid%22%3a%229f436d35-e4cb-4b65-95e4-3e89b55252de%22%7d>

Meeting ID: 285 138 528 264

Passcode: g8bW3om2

---

Dial in by phone

+1 202-735-3644,,304417682# <tel:+12027353644,,304417682#> United States, Washington

Find a local number <https://dialin.teams.microsoft.com/6fa250d2-bb98-414b-b289-8c30fad5cb00?id=304417682>

Phone conference ID: 304 417 682#

Join on a video conferencing device

Tenant key: teams@meet.dol.gov

Video ID: 119 016 017 1

More info <https://dialinfo.pexgov.com/?conf=1190160171&ivr=teams&d=meet.dol.gov>

For organizers: Meeting options <https://teams.microsoft.com/meetingOptions/?organizerId=9f436d35-e4cb-4b65-95e4-3e89b55252de&tenantId=75a63054-7204-4e0c-9126-adab971d4aca&threadId=19_meeting_MDI3OGRlOTktMDIxYy00MmMwLTg2ODktMmYwNThkMTA1ZjZm@thread.v2&messageId=0&language=en-US> | Reset dial-in PIN <https://dialin.teams.microsoft.com/usp/pstnconferencing>

<https://www.dol.gov/sites/dolgov/files/general/images/DOL-Logo.png>

Privacy and security <https://www.dol.gov/general/privacynotice>

---