

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 11, 2026

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Sheresky v. United States*, No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

      I write respectfully to request a four-week extension of the government's deadline to file an opposition to plaintiffs' motion for class certification in this Administrative Procedure Act matter, and a corresponding extension of plaintiffs' deadline for filing a reply on that motion. Plaintiffs consent to this request.

      As provided in the Court's case management order, plaintiffs served a motion for class certification on January 16, 2026, the same day that the government served a motion to dismiss the case. ECF No. 35, ¶¶ 6, 8 (case management order). The case management order provides for the parties to file oppositions to the two motions on February 20, 2026, and replies on March 6, 2026. *Id.*

      The government respectfully requests an extension of the deadlines for further briefing of the class certification motion, but no change to the schedule for briefing the motion to dismiss. The government makes this request because it would be in the interest of efficient litigation to complete the motion to dismiss briefing, particularly as it relates to standing, prior to completing the briefing on class certification, thus permitting the parties to fully take into account in the class certification briefing the standing arguments presented in the motion to dismiss briefing. *See Denney v. Deutsche Bank AG*, 443 F.3d 253 (2d Cir. 2006) (standing analysis in the context of class certification). This scheduling change will reduce the risk of inconsistencies in the two sets of briefing and will not delay the ultimate adjudication of these motions, as the Court has stated that it will not address the class certification motion until it addresses the motion to dismiss. ECF No. 40 (Transcript of 12/17/25 Conference), at 7:12-8:7.

      Accordingly, the government respectfully requests that paragraph 8 of the case management order be modified to extend the deadline for the government's opposition to the class certification motion from **February 20, 2026, to March 20, 2026**, and to correspondingly extend the deadline for plaintiffs' reply on that motion from **March 6, 2026, to April 3, 2026**. This modification does not affect other deadlines contained in the case management order. This is the government's first request for an extension of these deadlines.

I thank the Court for its consideration of this letter.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney for the
          Southern District of New York

By:   */s/ Robert William Yalen*
       ROBERT WILLIAM YALEN
       Assistant United States Attorney
       Tel.:  (212) 637-2722
       Email: robert.yalen@usdoj.gov

cc (by ECF):   Counsel for Plaintiffs