

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 5, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Sheresky v. United States*, No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

    I write respectfully to request a three business day extension of Defendants' deadline to file a reply brief on its motion to dismiss this matter, from tomorrow, **March 6, 2026,** to Wednesday, **March 11, 2026**. Plaintiffs consent to this request.

    The reason for this extension request is that I am responsible for Defendants' brief, and I have become sick with influenza. This illness has caused delays in the preparation of the brief and in consultation with agency counsel, and it may impact my ability to finalize the brief. I apologize for this request being submitted less than 48 hours before the deadline; it has only recently become clear that it is necessary.

    This extension would not affect other deadlines contained in the case management order. This is Defendants' first request for an extension of this deadline.

    I thank the Court for its consideration of this letter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Robert William Yalen*
    ROBERT WILLIAM YALEN
    Assistant United States Attorney
    Tel.:    (212) 637-2722
    Email: robert.yalen@usdoj.gov

cc (by ECF):    Counsel for Plaintiffs