UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVE SHERESKY, *et al.*,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

25 Civ. 8935 (PGG)

---

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying *Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Class Action Complaint*, defendants United States of America, Lori Chavez-Deremer, Daniel Aronowitz, and Janet Dhillon, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court to dismiss the First Amended Class Action Complaint.

Dated: January 16, 2026
      New York, New York

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:   /s/ Robert William Yalen
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2722
Email: robert.yalen@usdoj.gov