UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>    Defendants. | No. 25-cv-08935<br><br>Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.) |

### DECLARATION OF ALAN ROSCA IN
### OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Alan Rosca, pursuant to 28 U.S.C. § 1746, declare as follows:

   1.   I, Alan Rosca, am a member of Rosca Scarlato LLC, counsel of record for Plaintiffs in this action.

   2.   I submit this declaration in opposition to Defendants' Motion to Dismiss.

   3.   I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

1

4.  My law firm represents approximately 160 clients who are former Morgan Stanley financial advisors, in 29 pending FINRA arbitration cases against Morgan Stanley. Among those clients is Plaintiff Nicholas Sutro.

5.  In the arbitrations, my firm's clients are seeking the recovery of the deferred compensation they forfeited when they left Morgan Stanley.

6.  A key issue in the arbitrations is whether Morgan Stanley's applicable deferred compensation plans are governed by ERISA.

7.  The Morgan Stanley deferred compensation plans at issue in the pending arbitrations are the same plans that are the subject of the DOL Opinion challenged in this case.

8.  Approximately 8 days after the publication of the DOL Opinion on September 9, 2025, my law firm received substantially identical letters from Morgan Stanley, directed to our clients in the then-pending arbitrations against Morgan Stanley. Attached to the First Amended Class Action Complaint as Exhibit 13A is a true and accurate copy of the September 17, 2025, letter Morgan Stanley sent to Counsel for Nicholas Sutro. (The names of other claimants as well as the specific settlement offer received from Morgan Stanley have been redacted.) Morgan Stantley sent substantively identical letters in every pending arbitration in which Rosca Scarlato LLC represents the claimants.

9.  In its letters, Morgan Stanley asserted that the recently released DOL Opinion rendered our clients' claims for their forfeited deferred compensation untenable. Morgan Stanley threatened to pursue attorney's fees against those advisors who refused to dismiss their claims.

10. Following receipt of Morgan Stanley's letters and given the likelihood that arbitrators will follow the DOL Opinion, approximately 28 claimants that our firm represented in pending arbitrations against Morgan Stanley dismissed their claims with prejudice.

11. Our remaining clients are seeking to postpone upcoming evidentiary hearings in pending arbitrations until the resolution of this matter, given the impact of the DOL Opinion and the likelihood that the arbitrators in those upcoming hearings will heed that Opinion.

12. In two cases where evidentiary hearings were approaching soon after the DOL Opinion was published and arbitrators declined to postpone the hearings, the claimants chose to dismiss their claims with prejudice, given the risk of an adverse fee award posed by the DOL Opinion.

Executed on this 20th day of February, 2026

_____<br>Alan Rosca (*pro hac vice*)