**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO, | |
| Plaintiffs, | No. 25-cv-08935 |
| v. | Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.) |
| UNITED STATES OF AMERICA; | |
| LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor; | **NOTICE OF MOTION FOR CLASS CERTIFICATION** |
| DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and | |
| JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor, | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated January 16, 2026, declaration of Plaintiff Steve Sheresky, declaration of Plaintiff Jeffrey Samsen, declaration of Plaintiff Nicholas Sutro, declaration of Mathew P. Jasinski, Esq., and exhibits thereto, declaration of Alan L. Rosca, Esq., and exhibit thereto, declaration of Jack S. Edwards, Esq., and exhibit thereto, and declaration of Seth Klein, Esq., and exhibit thereto, Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro, on behalf of themselves and all others similarly situated, hereby move this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States Courthouse, 40 Foley Square, New York, New York, for class certification pursuant to Federal Rule of Civil Procedure 23.

Dated: January 16, 2025

Thomas R. Ajamie
AJAMIE LLP
150 East 58th Street, 29th Floor
New York, NY 10155
(713) 860-1600
tajamie@ajamie.com

John S. "Jack" Edwards, Jr.
Courtney D. Scobie
AJAMIE LLP
711 Louisiana St., Suite 1600
Houston, TX 77002
(713) 860-1600
jedwards@ajamie.com
cscobie@ajamie.com

Alan L. Rosca
Paul Scarlato
Lisa Fish
ROSCA SCARLATO LLC
Main Office:
2000 Auburn Dr. Suite 200
Beachwood, OH 44122
(216) 946-7070
arosca@rscounsel.law
pscarlato@rscounsel.law
lfish@rscounsel.law

Respectfully submitted,

*/s/ Mathew P. Jasinski*
Mathew P. Jasinski
F. Franklin Amanat
Douglas P. Needham
Riley Breakell
MOTLEY RICE LLC
20 Church St., 17th Floor
Hartford, CT 06103
(860) 882-1681
mjasinski@motleyrice.com
famanat@motleyrice.com
dneedham@motleyrice.com
rbreakell@motleyrice.com

*New York Office:*
800 Third Avenue, Suite 2401
New York, NY 10022

Seth Klein (*pro hac vice* pending)
IZARD, KINDALL & RAABE, LLP
29 South Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
sklein@ikrlaw.com