UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,

Plaintiffs,

v.

UNITED STATES OF AMERICA;

LORI CHAVEZ-DEREMBER, in her official capacity as Secretary of the United States Department of Labor;

DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and

JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,

Defendants.

No. 25-cv-08935

Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.)

**DECLARATION OF MATHEW P. JASINSKI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Mathew P. Jasinski, declare as follows:

1.      I am a member at Motley Rice LLC and counsel of record for Plaintiffs in this action.

2.      I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3.      I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

4.      Motley Rice LLC, together with Ajamie LLP and Izard, Kindall & Raabe LLP, collectively represent approximately 60 former Morgan Stanley financial advisors (who have not

otherwise communicated any intention to withdraw) in 22 pending FINRA arbitration proceedings challenging Morgan Stanley's cancellation of deferred compensation under the Equity Incentive Compensation Plan and/or Morgan Stanley Compensation Incentive Plan on the ground that these plans are part of an employee pension benefit plan governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq. Each of these arbitration proceedings commenced after December 30, 2020.

5.     Among Motley Rice's clients in FINRA arbitrations against Morgan Stanley (as described in ¶ 4) are Plaintiffs Jeffrey Samsen and Steve Sheresky, named Plaintiffs here, who commenced their arbitration on February 22, 2024.

6.     Attached hereto as Exhibit 1 is a true and accurate copy of the United States Department of Labor Advisory Opinion 2025-03A.

7.     After the DOL issued its Advisory Opinion, counsel for Morgan Stanley sent counsel for claimants in pending arbitrations against Morgan Stanley identical letters that stated, among other things: "Morgan Stanley is permitted to rely on the advisory opinion as the official position of the DOL on whether ERISA applies to Morgan Stanley's deferred compensation program," and "Claimants now face not only the near certainty of losing their case, but also having to pay Morgan Stanley's attorneys' fees and costs, which will be well into six figures, if not higher, by the time the arbitration concludes." Attached hereto as Exhibit 2 is a true and accurate copy of the October 20, 2025, letter Morgan Stanley sent to Counsel for Jeffrey Samsen and Steve Sheresky. (The names of other claimants as well as the specific settlement offer received from Morgan Stanley have been redacted.)

8.     Counsel for Morgan Stanley now consistently and repeatedly cite to and rely on the Advisory Opinion in motion papers and hearings in the pending arbitrations.

9.      Motley Rice is one of the nation's largest plaintiffs' litigation firms and its attorneys have held leadership roles in some of the most significant cases to ever go through the courts, including cases involving asbestos and mesothelioma, tobacco, the BP oil spill, and most recently the ongoing opioids litigation. Motley Rice LLC has extensive experience litigating class actions, ERISA cases, cases seeking to recover financial advisors' forfeited deferred compensation, and Administrative Procedure Act challenges. A summary of the firm's qualifications is set forth in the firm resume attached as Exhibit 3.

10.      Ajamie LLP, Izard, Kindall & Raabe LLP, and Motley Rice LLC represented former Morgan Stanley financial advisors in a proposed class action seeking to recover their forfeited deferred compensation under ERISA. *Shafer v. Morgan Stanley*, No. 1:20-cv-11047-PGG, 2023 WL 8100717 (S.D.N.Y. Nov. 21, 2023) ("*Shafer I*") (granting motion to compel arbitration), *writ denied by, appeal dismissed by* No. 24-3141(L), 2025 WL 1890535 (2d Cir. Jul. 9, 2025), and 2024 WL 4697235 (S.D.N.Y. Nov. 5, 2024) ("*Shafer II*") (denying motion for reconsideration).

11.      Ajamie LLP, Izard, Kindall & Raabe LLP, and Motley Rice LLC represented former Wells Fargo financial advisors in a class action seeking to recover their forfeited deferred compensation under ERISA. *Berry v Wells Fargo & Co.*, No. 3:17-00304-JFA, 2018 WL 9989754 (D.S.C. Oct. 9, 2018) (order certifying class). The class action resulted in a $79 million settlement, which is the largest recovery in a "top hat" case in the history of ERISA. *Berry v Wells Fargo & Co.*, No. 3:17-00304-JFA, 2020 WL 9311859, at *13 (D.S.C. July 29, 2020) (order approving settlement).

12.      In addition to its experience litigating ERISA cases, Motley Rice has experience litigating class actions against the government. For example, Motley Rice represents a class

3

consisting of more than a million tax-return preparers alleging that the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers. *Steele v. United States*, No. 1:14-cv-1523-RCL (D.D.C.) (appeal pending). Motley Rice also represents the class in a case alleging that the Administrative Office of the United States Courts charged more for PACER services than is authorized by statute. *Nat'l Veterans Legal Servs. Program v. United States*, No. 1:16-cv-00745-PLF (D.D.C.) (appeal pending). Motley Rice successfully represented advanced-practice registered nurses and physicians' assistants in an overtime case against the Department of Veterans Affairs. *Mercier v. United States*, No. 1:12-cv-00920-EDK (Ct. Cl.), and is class counsel in a related matter, which remains pending. *Allen v. United States*, No. 22-cv-00400-EDK (Ct. Cl.).

13.     Motley Rice LLC is committed to vigorously prosecuting this action on behalf of the proposed class and has the resources and expertise necessary to serve as class counsel in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January, 2026, at Hartford, CT.

Mathew P. Jasinski