# EXHIBIT 3

# FIRM RESUME



# FIRM OVERVIEW



Motley Rice attorneys have been at the forefront of some of the most significant and monumental civil actions over the last 30 years. Our experience in complex trial litigation includes class actions and individual cases involving securities and consumer fraud, occupational disease and toxic tort, medical drugs and devices, environmental damage, terrorist attacks and human rights abuses.

### Tobacco Master Settlement Agreement

In the 1990s, Motley Rice attorneys and more than half of the states' attorneys general took on the tobacco industry. Armed with evidence acquired from whistleblowers, individual smokers' cases and tobacco liability class actions, the attorneys led the campaign in the courtroom and at the negotiation table to recoup state healthcare funds and exact marketing restrictions from cigarette manufacturers. The effort resulted in significant restrictions on cigarette marketing to children and culminated in the $246 billion Master Settlement Agreement, the largest civil settlement in U.S. history.

### Asbestos Litigation

From the beginning, our lawyers were integral to the story of how "a few trial lawyers and their asbestos-afflicted clients came out . . . to challenge giant asbestos corporations and uncover the greatest and longest business cover-up of an epidemic disease, caused by a product, in American history."1 In addition to representing thousands of workers and family members impacted by asbestos, Motley Rice has represented numerous public entities, and litigated claims alleging various insurers of asbestos defendants engaged in unfair settlement practices in connection with the resolution of underlying asbestos personal injury claims. This litigation resulted in, among other things, an eleven-state settlement with Travelers Insurance Company.

### Anti-Terrorism and Human Rights

In *In re Terrorist Attacks on September 11, 2001,* Motley Rice attorneys brought a landmark lawsuit against the alleged private and state sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,600 family members, survivors, and those killed on 9/11—including the representation of more than 900 firefighters and their families. In prosecuting this action, Motley Rice has undertaken a global investigation into terrorism financing.

Our attorneys also initiated the *In re September 11 Litigation* and negotiated settlements for 56 families that opted out of the Victim Compensation Fund that far exceeded existing precedents at the time for wrongful death cases against the airline industry.

### BP PLC Oil Spill Litigation

In April 2010, the Deepwater Horizon disaster spilled approximately 4.9 million gallons of oil into the water, killed 11 oil rig workers, devastated the Gulf's natural resources and profoundly harmed the economic and emotional well-being of hundreds of thousands of people. The Deepwater Horizon Economic and Property Damages Settlement is the largest civil class action settlement in U.S. history. Motley Rice co-founder Joseph Rice is a Plaintiffs' Steering Committee member and served as one of the primary negotiators of that Settlement and the Medical Benefits Settlement. In addition, Rice led negotiations in the $1.028 billion settlement between the PSC and Halliburton Energy Services for its alleged role in the oil spill. Motley Rice attorneys continue to hold leadership roles in the litigation and are currently working to ensure that all qualifying oil spill victims are fairly compensated.

### Volkswagen 'Clean Diesel' Litigation

In 2015, Volkswagen Group's admission that it had programmed more than 11 million vehicles to cheat emissions tests and bypass standards sparked worldwide outrage. Motley Rice co-founder Joe Rice served as one of the lead negotiators in the nearly $15 billion settlement deal reached in 2016 for U.S. owners and lessees of 2.0-liter TDI vehicles, the largest auto-related consumer class action settlement in U.S. history. Rice and other Motley Rice attorneys also helped recover up to $4.4 billion with regards to affected 3.0-liter vehicles.

### Transvaginal Mesh Litigation

Motley Rice attorneys represent thousands of women and have played a leading role in litigation alleging debilitating and life-altering complications caused by defective transvaginal mesh devices. In 2014, Joe Rice, with co-counsel, negotiated the original settlement deal reached in I*n re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation* that numerous subsequent settlements with the manufacturer were modeled after.

### Opioid Litigation

Motley Rice is at the forefront of national opioid litigation and represents dozens of governmental entities, including states, cities, towns, counties and townships in ongoing investigations and litigations filed in both the National Prescription Opiate Litigation, as well as in state courts that allege deceptive marketing and/or overdistribution of opioids. Firm co-founder Joe Rice (DC, SC) is one of three co-leads for the MDL coordinated in the Northern District of Ohio. Also holding leadership positions in the MDL are Motley Rice attorneys Linda Singer (DC, NY), co-chair of the Manufacturer/Marketing Committee, and Lou Bograd (DC, KY), co-chair of the Law & Briefing Committee. Joe Rice, as Chair of the opioid Negotiating Committee, worked with the committee and the Attorney General Committee to reach over $51 billion in settlements for communities nationwide with defendants in the opioid supply chain. Motley Rice continues to represent dozens of governmental entities, including the first jurisdictions to file cases in the current wave of litigation.

## LITIGATION PROFILES   *Motley Rice has held leadership roles in numerous cases. Highlights include:*

### ANTITRUST/COMPETITION LAW

Plaintiffs' Steering Committee *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 20-cv-02345-WHO (N.D. Cal.)

Plaintiffs' Steering Committee *In re Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation* No. 18 CV 4171 MDL No. 2842 (N.D. Ill. Eastern Division).

Co-Lead Counsel *In re Zetia (Ezetimibe) Antitrust Litigation*, MDL No. 2:18md2836 (E.D. Va Norfolk Division).

Plaintiffs' Steering Committee of *In re Digoxin & Doxycycline Antitrust Litigation*, 16 md 2724 (E.D. Pa.)

Interim Co-Lead Counsel of *In re Solodyn Antitrust Litigation*, 14 cv 2503 (D. Mass.)

Interim Co-Lead Counsel in antitrust class action *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation,* MDL No. 2542 (S.D.N.Y.).

Appointed to the Executive Committee in antitrust class action *In re Lidoderm Antitrust Litigation*, MDL No. 2521 (N.D.Cal.).

Interim Liaison Counsel *In Re Aggrenox Antitrust Litigation*, MDL No. 2516 (D.Conn.).

Co-lead counsel in antitrust class action *In re Loestrin 24 Fe Antitrust Litigation*, MDL 2472 (D.R.I.).

Co-lead counsel in antitrust class action *In re Suboxone (Bupreorphine Hydrochloride and Naloxone) Antitrust Litigation*, MDL 2445 (E.D. Pa.).

Co-lead counsel in antitrust class action *In re Niaspan Antitrust Litigation*, *MDL 2460* (E.D. Pa.).

Co-lead counsel in antitrust class action *In re Effexor XR Antitrust Litigation*, No. 11-cv-05590 (D.N.J.).

Co-lead counsel for the end-payor antitrust class action *In re Actos Antitrust Litigation*, (S.D.N.Y.).

Co-lead counsel in antitrust class action *In re Lipitor Antitrust Litigation*, MDL 2332 (D.N.J.).

### CONSUMER PROTECTION

Plaintiffs' Steering Committee, OnStar *In re Consumer Vehicle Driving Data Tracking Collection* Case No. 1:24-MD-3115-TWT

Plaintiffs' Steering Committee *In re McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation* No. 21-md-02996-CRB (N.D. Cal.)

Co-Lead Counsel *In re National Prescription Opiate Litigation*, No. 17-md-02804 (N.D. Ohio).

Co-Lead Counsel *In re Blackbaud, Inc., Customer Data Breach Litigation,* MDL 2972 (D.S.C)

Co-Lead Counsel on the Coordinating Committee for the Pennsylvania Coordinated Cases *County of Delaware v. Purdue Pharma L.P., et al.*

Plaintiffs' Steering Committee of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2672 CRB (JSC)

Plaintiffs' Steering Committee of *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation,* No. 17-md-02777-EMC (N.D. Calif.)

Co-liaison counsel and Plaintiffs' Steering Committee in *In re 21st Century Oncology Customer Data Security Breach Litigation*, MDL 2737 (M.D. Fla.)

### SECURITIES FRAUD AND ERISA CLASS ACTIONS

Lead counsel in *In re Twitter Inc. Securities Litigation,* No. 3:16-cv-05314 (N.D.Cal.)

Co-lead counsel *In re Qualcomm Incorporated Securities Litigation*, No. 3:17-cv-00121-JO-MSB (S.D. Cal.).

Co-lead counsel in *In re Citigroup Inc. Securities Litigation,* No. 07 Civ. 9901 (SHS) (DCF) (S.D.N.Y.).

Co-lead counsel on behalf of co-lead plaintiff *KBC Asset Management NV v. 3D Systems Corp.,* No. 0:15-cv-02393-MGL (D.S.C.).

Co-lead counsel in *Bodner v. Aegerion Pharmaceuticals, Inc., et al., 14-cv-10105 (D.Mass.)*

Co-lead counsel in *Boston Retirement System v. Alexion Pharmaceuticals, Inc.,* No. 3:16-cv-02127-AWT (D. Conn.).

Co-lead counsel in *Hatamian v. Advanced Micro Devices, Inc.,* No. 14-cv-00226-JD (N.D. Cal.)

Lead counsel in *Bernacchi v. Investment Technology Group, Inc.,* No. 1:15-cv-06369-JFK (S.D.N.Y.).

Co-lead counsel in *Berry v. Wells Fargo & Co.*, No. 3:17-cv-00304 (D.S.C.)

Co-lead counsel *In re Intel Corp. Securities Litigation,* No. 5:20-cv-05194-EJD (N.D. Cal.)

Co-lead counsel in *In re 3M Co. Securities Litigation*, No. 2:19-cv-15982 (D.N.J.)

Lead counsel in *Takata v. Riot Blockchain, Inc., et al.,* No. 3:18-cv-02293 (D.N.J.)

Co-lead counsel in *Parchmann v. MetLife, Inc. et al,* No. 1:18-cv-00780-SJ-RLM (E.D.N.Y.)

Co-lead counsel in class action *Bennett v. Sprint Nextel Corporation,* No. 2:09-cv-02122-EFM-KMH (D. Kan.), representing the PACE Industry Union-Management Pension Fund (PIUMPF) and several other institutional investors.

Co-class counsel in *Alaska Electrical Pension Fund v. Pharmacia Corp.,* No. 03-1519 (D.N.J.). federal securities fraud litigation alleging that the defendants misrepresented clinical trial results of Celebrex® to make its safety profile appear better than rival drugs.

Lead counsel in *In re Barrick Gold Securities Litigation,* No. 1:13-cv-03851 (RPP) (S.D.N.Y.)

Lead counsel in *Hefler v. Wells Fargo & Co*., No. 16-cv-05479-JST (N.D. Cal.)

Co-lead counsel in *Ross v. Career Education Corp.* No. 1:12-cv-00276 (N.D. Ill.).

Co-lead counsel representing a group of institutional shareholders *In re Allion Healthcare, Inc. Shareholders Litigation,* No. 5022-cc (Del. Ch.).

Co-lead counsel representing investors in *Robert Freedman v. St. Jude Medical, Inc.,* No. 0:2012cv03070 (D. Minn.).

Co-lead counsel representing investors in *In re Hewlett-Packard Co. Securities Litigation,* No. SACV 11-1404 AG (RNBx) (C.D. Cal.).

Co-lead counsel in *In re UBS AG Securities Litigation,* No.07 Cov. 11225 (RJS) (S.D.N.Y.).

Co-lead counsel representing institutional investors in *Hill v. State Street Corporation,* No. 09-cv-12146-NG (D. Mass.).

Sole lead counsel representing lead plaintiffs in *City of Brockton Retirement System v. Avon Products, Inc.,* No. 11 Civ. 4665 (PGG) (S.D.N.Y.).

Co-lead counsel on behalf of stockholders in *Marsden v. Select Medical Corporation,* No. 04-cv-4020 (E.D. Pa.).

Co-lead counsel on behalf of a class of investors in *South Ferry LP #2 v. Killinger,* No. C04-1599C-(W.D. Wash.) (regarding Washington Mutual).

Sole lead counsel representing the lead plaintiff in class action, *In re NPS Pharmaceuticals, Inc. Securities Litigation,* No. 2:06-cv-00570-PGC-PMW (D. Utah*),* concerning the drug PREOS.

Co-lead counsel for co-lead plaintiffs Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Metzler Investment GmbH in *In re Molson Coors Brewing Co. Securities Litigation,* No. 1:05-cv-00294 (D. Del.).

Co-lead plaintiffs' counsel in shareholder class action *In re The DirecTV Group, Inc. Shareholder Litigation,* No. 4581-VCP (Del. Ch.).

Sole lead counsel in *Manville Personal Injury Settlement Trust v. Gemunder,* No. 10-CI-01212 (Ky. Cir. Ct.) (regarding Omnicare, Inc.), a shareholder derivative complaint stemming from federal investigations into three kickback schemes.

Co-lead plaintiffs' counsel in *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.,* No. 11 C 8332 (N.D. Ill.), a securities fraud class action.

Co-lead counsel in *In re Rehabcare Group, Inc. Shareholders Litigation,* No. 6197-VCL (Del. Ch.), merger litigation involving the acquisition of healthcare provider RehabCare Group, Inc., by Kindred Healthcare, Inc.

Class counsel in *Brown v. Charles Schwab & Co.,* No. 2:07-cv-03852-DCN (D.S.C.), one of the first cases to interpret the civil liabilities provision of the Uniform Securities Act of 2002.

Co-lead counsel in securities class action settlement *In re MBNA Corporation Securities Litigation,* No. 05-CV-00272-GMS (D.Del.).

Lead counsel for lead plaintiffs in a securities class action involving a group of shareholders who purchased publicly-traded Dell securities in *In re Dell, Inc. Securities Litigation,* No. A-06-CA-726-SS (W.D. Tex.).

Co-lead counsel in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc.,* No. 08-6324 (PAM/AJB) (D. Minn.), representing a class of investors who purchased Medtronic common stock.

Co-lead counsel in *In re Synovus Financial Corporation,* No. 1:09-cv-01811 (N.D. Ga.), for co-lead plaintiff Sheet Metal Workers' National Pension Fund, investors in Georgia bank Synovus Financial Corp.

Plaintiffs' Steering Committee and plaintiffs' liaison counsel, *In re Policy Management Systems Corporation,* No. 3:93-0807-JFA (D.S.C.).

Sole lead counsel, *In re Coventry Health Care, Inc. Securities Litigation,* No. 7905-CS (Del. Ch. ), a shareholder class action challenging the $7.2 billion acquisition of Coventry Health Care, Inc., by Aetna, Inc.

Co-lead counsel in Louisiana class action *In re The Shaw Group, Inc. Shareholders Litigation,* No. 614399 (19th Jud. Dist. La.).

Co-lead counsel, *In re Atheros Communications Inc. Shareholder Litigation,* No. 6124-VCN (Del. Ch.), merger litigation involving Qualcomm Incorporated's proposed acquisition of Atheros Communications, Inc.

### ANTI-TERRORISM AND HUMAN RIGHTS

Lead counsel in *In re Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-CV-9849 (GBD); *In re Terrorist Attacks on September 11, 2001,* MDL 1570 (S.D.N.Y), a landmark lawsuit against the alleged sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,500 family members, survivors, and those killed on 9/11.

*Linde et al. v. Arab Bank PLC,* No. 1:04-cv-02799 (E.D.N.Y.) and *Almog v. Arab Bank, PLC,* No. 1:04-cv-05564-NG-VVP (E.D.N.Y.), one of the first lawsuits brought against an international bank for its alleged role in financing terrorism.

*Mark McDonald, et al. vs. The Socialist People's Libyan Arab Jamahiriya, et al.;* No. 06-CV-0729-JR (DC 04/21/06), a high-profile case involving Libya's longtime alleged sponsorship of IRA acts of terror.

*Cummock, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 96-CV-1029 (D.D.C.). Victoria Cummock, Motley Rice's client, sought full accountability and a public trial as the only opt-out of the no-fault Pan Am 103/Lockerbie settlement.

*Krishanthi, et al. vs. Rajaratnam, et al.;* No. 09-CV-5395(D.N.J.), terrorist financing litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka.

Plaintiffs' Steering Committee and lead counsel for Verizon plaintiffs in *In re National Security Agency Telecommunications Records Litigation,* MDL 1791

*Ng v. Central Falls Detention Facility Corporation, et al.,* No. 09-53 (D. R.I.), a human rights case that alleged the defendants subjected a Chinese immigration detainee to extreme physical and mental abuse and torture while in U.S. custody.

*Harris, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 1:06-cv-00732-RWR (D.D.C.), a case filed against Libya involving the 1986 bombing of Berlin's LaBelle Discotheque.

## TOXIC TORTS AND OCCUPATIONAL DISEASE

Co-lead Counsel in the PFAS contamination class action in the Western District of Michigan, *Beverly Zimmerman, et al., v. 3M Company, et al.,* (W.D. Mich., Southern Division) Case No. 1:17-cv-1062-HYJ-SJB (December 1, 2017).

Liaison Counsel for *In re Aqueous Film-Forming Foams Products Liability Litigation* (MDL 2873 D.S.C.) regarding a fire suppressant that is part of the PFAS chemical group that allegedly contaminated groundwater and harmed people.

Plaintiffs' Executive Committee in the Flint, MI lead contamination class action: *In re Flint Water Cases,* No. 5:16-cv-10444 (E.D. Mich.).

Plaintiffs' Steering Committee of *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* MDL 2179, (E.D. La.), and lead settlement negotiators of the two class action settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

Lead trial counsel in *The People of the State of California v. Atlantic Richfield Company, et al.* No. 1-00-CV-788657 (Santa Clara Cnty. Super. Ct.) Resulting in 2014 verdict holding Sherwin-Williams Company, ConAgra Grocery Products and NL Industries Inc. liable for creating a public nuisance and ordered abatement of lead paint from homes within 10 California cities and counties.

*Bongani Nkala & Others v. Harmony Gold Mining Company Limited & Others,* No. 48226/12 (South Gauteng High Court, Johannesburg). Motley Rice has been retained as a consultant by South African human rights lawyer Richard Spoor in his effort to take on leading global gold producers and seek justice for tens of thousands of exploited gold mine workers suffering from silicosis.

*Travelers Statutory Direct Action Settlement* (Bankr. Court, S.D.N.Y.), an eleven-state asbestos settlement with Travelers Insurance.

Co-lead and Liaison Counsel in *In re KBR, Inc., Burn Pit Litigation*

Chair, Plaintiffs' Steering Committee and liaison counsel for plaintiffs, *In re Asbestos Products Liability Litigation,* MDL 875 (E.D. Pa.).

Plaintiffs' Steering Committee and coordinating counsel, *Linscomb v. Pittsburgh Corning Corporation,* No. 1:90cv-05000 (E.D. Tex.), a national class action on behalf of asbestos victims nationwide.

*Michelle McMunn, et al. vs. Babcock & Wilcox Power Generation Group, Inc., et al.,* Civil Action No. 10-143 2:10-cv-00143-DSC-RCM

Lead plaintiffs' counsel in *Bates v. Tenco Services Inc.,* 132 F.R.D. 160 (D.S.C. 1990), a jet fuel pollution case involving the consolidated property damage and personal injury claims of multiple plaintiffs in the Gold Cup Springs subdivision.

Executive committee member in *In re Asbestos School Litigation,* No. 94-1494 (E.D. Pa.), a national school asbestos class action.

Lead plaintiffs' counsel in *Central Wesleyan College v. W.R. Grace & Co.,* No. 2:87-1860-8 (D.S.C.), a national asbestos property damage class action.

Lead plaintiffs' counsel in *In re Raymark Asbestos Exposure Cases,* No. 87-1016-K (D. Kan.), a national asbestos personal injury class action in which 19,684 claims were resolved.

Co-lead plaintiffs' counsel in *Cimino v. Pittsburgh Corning Corporation,* No. 1:85-CV-00676 (E.D. Tex.), an asbestos personal injury class action on behalf of approximately 2,300 plaintiffs.

Co-lead plaintiffs' counsel in *Chatham v. AC&S, et al.,* a consolidated asbestos personal injury action involving 300 plaintiffs in the Circuit Court of Harris County, Texas.

Co-lead plaintiffs' counsel in *Abrams v. GAF Corporation,* No. 88-5422(1) (Jackson Cty., Miss.), a consolidated asbestos personal action involving more than 6,000 plaintiffs.

Co-liaison plaintiffs' counsel in 3,000 asbestos personal injury cases in the Third Judicial Circuit of Illinois, Madison County, Illinois.

Co-lead plaintiffs' counsel in a consolidated asbestos personal injury action involving 540 plaintiffs pending in the Superior Court of Alameda County, California.

Counsel in numerous consolidated asbestos trials including 87 consolidated cases in Danville, Illinois; 300 consolidated cases in U.S. District Court, Western District of New York, Rochester, New York; 42 consolidated cases in State Court in Mississippi; and 315 consolidated cases in the Circuit Court of Kanawha County, West Virginia.

## DEFECTIVE DRUGS AND DEVICES

Plaintiffs' Executive Committee *In re Paragard IUD Products Liability Litigation*, MDL 2974 (N.D.Ga.)

Plaintiffs' Steering Committee and Co-Chair of Leadership Development Committee *In re: Zantac (Ranitidine) Products Liability Litigation*, No. 9:20-md-02924 (S.D. Fla.).

Plaintiffs' Steering Committee *In re Allergan Biocell Textured Breast Implant Products Liability Litigation*, No. 2:19-md-02921, (D.N.J.)



Bellwether Committee Co-Chair *In re Xarelto Products Liability Litigation*, MDL 2592

Plaintiffs' Steering Committee *In re Proton-Pump Inhibitor Prods. Liability Litigation* (No. II), D.N.J.

Plaintiffs' Steering Committee *In re Zimmer NexGen Knee Implant Products Liability Litigation*, N.D. Ill.

Plaintiffs' Steering Committee and Co-lead Counsel *In re Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation,* MDL 2782

Lead Counsel; Plaintiffs' Executive Committee **Essure Permanent Sterilization Device California State Court Consolidation**

Lead counsel and Plaintiffs' Executive Committee in *In re Atrium Medical Corp. C-QUR Mesh Products Liability Litigation,* MDL 2753

Plaintiffs' Steering Committee, Co-lead Counsel and Liaison Counsel in *In re Davol/ C.R. Bard Hernia Mesh* (PC-2017-1929)

Plaintiffs' Steering Committee *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 2738*

Co-lead counsel and Plaintiffs' Steering Committee *In re Zofran (Ondansetron) Products Liability Litigation,* MDL No. 2657

Plaintiffs' Executive Committee in *In re Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation,* MDL 2691

Plaintiffs' Steering Committee in *In re Bard IVC Filters Products Liability Litigation*, MDL 2641

Plaintiffs' Steering Committee of *In re Lipitor® (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL 2502.

Co-lead plaintiffs' counsel and liaison counsel *In re Kugel Mesh Hernia Patch Products Liability Litigation,* MDL No. 07-1842 Rhode Island federal court's first consolidated MDL, on behalf of thousands of people alleging injury by the hernia repair patch manufactured by Davol, Inc., as well as liaison counsel for the nearly 2,000 lawsuits consolidated in Rhode Island state court.

Co-lead coordinating counsel of *In re Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, MDL 2327 (S.D.W.Va.)

Co-lead counsel in *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2325 (S.D.W.Va.)

Co-liaison counsel *In re C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2187 (S.D.W.Va.)

Co-lead counsel *In re Boston Scientific Corp., Pelvic Repair Systems Products Liability Litigation,* MDL 2326, (S.D.W.Va.)

Co-liaison counsel *In re Pelvic Mesh Litigation/Bard,* No. L-6339-10 in New Jersey state court.

State court liaison counsel of *In re Bard Litigation* in Massachusetts and Delaware

Co-lead counsel of the **Mirena MDL** (S.D.N.Y.)

Co-lead counsel in the *In re Mirena Product Liability* state court consolidation in New Jersey

Plaintiffs' Steering Committee of *In re Power Morcellator Products Liability Litigation,* MDL No. 2652

Plaintiffs' Steering Committee of *In re Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342

Plaintiffs' Steering Committee of *In re NuvaRing Products Liability Litigation,* MDL 1964

Plaintiffs' Steering Committee of *In re DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation,* MDL 2197

Plaintiffs' Steering Committee of *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL 2244

*In re A.H. Robins Co., Inc., "Dalkon Shield" IUD Products Liability Litigation* (No. II), MDL 631

Plaintiffs' Steering Committee of *In re Medtronic, inc., Sprint Fidelis Leads Products Liability Litigation,* MDL 1905

Plaintiffs' Steering Committee of *In re Trasylol Products Liability Litigation,* MDL 1928

Plaintiffs' Steering Committee of *In re Levaquin Products Liability Litigation*, MDL 1943

Plaintiffs' Steering Committee and co-lead counsel of *In re Digitek Products Liability Litigation,* MDL 1968

Plaintiffs' Steering Committee of *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871

Plaintiffs' Steering Committee of *In re Hydroxycut Marketing and Sales Practice Litigation,* MDL 2087

Plaintiffs' Steering Committee of *In re Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation,* MDL 2096

Plaintiffs' Steering Committee and co-lead counsel of *In re Human Tissue Products Liability Litigation,* MDL 1763

*In re Temporomandibular Joint (TMJ) Implants Products Liability Litigation,* MDL 1001

*In re Abbott Laboratories Omniflox Products Liability Litigation,* MDL 1004

Plaintiffs' Steering Committee and liaison counsel of *In re Showa Denko K.K. L-tryptophan Products Liability Action*, MDL No. 865

### CATASTROPHIC INJURY AND WRONGFUL DEATH

Plaintiffs' Executive Committee of *In re General Motors LLC Ignition Switch Litigation,* MDL 2543

*Hoover, et al. v. NFL, et al.,* MDL #2:12-cv-05209-AB (E.D. Pa.).

Lead counsel in *Charleston Firefighter Litigation v. Sofa Super Store, Inc., et.al.,* No. 07-CP-10-3186 (Ct. of Common Pleas, Ninth Jud. Cir.), consolidated complex litigation involving the families of nine firefighters who died in a furniture store disaster.

*Clifton Chesnut, a minor v. Waupaca Elevator Company, Inc., et al.,* No. 2013-CP-10-2060 (Ct. of Common Pleas, Ninth Jud. Cir.).

*Veronica Lynne Tario v. SOCO, Holding, LLC et al.,* No. 2013-cp-26-2499 (Ct. of Common Pleas, Fifteenth Jud. Cir.).

*Satterfield et al. v. Napa Home & Garden Inc., et al.,* No. 7:11-1514-JMC (D.S.C.).

Plaintiffs' Steering Committee and multiple plaintiffs' counsel, *In re San Juan DuPont Plaza Hotel Fire Litigation,* MDL 721 (D.P.R.).

*Strother v. John Wieland Homes and Neighborhoods of the Carolinas, et al.,* No. 09-CO-29-1783 (Ct. of Common Pleas, Sixth Jud. Cir.), an individual catastrophic personal injury/premise liability case involving life-altering brain injury.

Plaintiffs' Steering Committee and Discovery Committee in *In re Bridgestone/Firestone, Inc. Tires Products Liability Litigation,* MDL 1373 (S.D. Ind.).

*In re Ford Motor Co. E-350 Van Products Liability Litigation* (No. II), MDL 1687

Class counsel in *Carol Lee Whitfield, et al., v. Sangamo Weston,* No. 6:84-3184 (D.S.C.), a PCB personal injury and property damage class action settled while pending before U.S. District Court for the District of South Carolina, Greenville Division.

*In re Graniteville Train Derailment,* No. 2006-CP-02-1032 (Ct. of Common Pleas, Second Jud. Cir.). served in a leadership role for both individual and class action cases in connection with the January 2005 railroad derailment and chemical spill in Graniteville, S.C.

Plaintiffs' lead counsel in *In re Kansas Asbestos Cases* in U.S. District Court for the District of Kansas, *In re Madison County Illinois Asbestos Litigation*

Plaintiffs' lead counsel in *In re Wayne County Michigan Asbestos Cases*.

*John Schumacher v. Amtico, et al.,* No. 2:10-1627 (E.D.Pa.), the first federal court mesothelioma case to go to trial before Eduardo C. Robreno, the judge who oversees the entire Federal Asbestos MDL, In re Asbestos Products Liability Litigation, MDL 875.

Plaintiffs' Steering Committee of *In re Welding Fume Products Liability Litigation,* MDL 1535

## *AVIATION DISASTERS AND PASSENGER RIGHTS*

Plaintiffs' liaison counsel in *In re September 11 Litigation,* No. 21-MC-97-AKH (S.D.N.Y), representing 56 of the 96 families that opted out of the no-fault federal September 11 Victim Compensation Fund in liability and damages cases claims against the airlines and aviation security companies for their alleged failure to implement basic security measures.

*Amanda Tuxworth v. Delta Air Lines, Inc.,* No. 2:10-cv-03212-RMG (D.S.C), an aviation passenger rights case involving a Delta passenger.

*Chris Turner, Individually and as Personal Representative of The Estate of Tracy Turner v. Ramo LLC, a Florida Limited Liability Company,* No. 11-14066 (Ct. of Appeals, 11th Cir.), an aviation case involving fraudulent transfer allegations in connection with a fatal plane crash.

Counsel for victims of **Asiana Airlines Flight 214**

Counsel for families of victims of **Malaysia Airlines Flight MH370**

## *BANKRUPTCIES*

Coalition of Abused Scouts for Justice in the **Boy Scouts of America and Delaware BSA, LLC Chapter 11 bankruptcy proceedings** (Case No. 20-10343), on behalf of a group of firms representing thousands of survivors

Claimants' committee in *In re A.H. Robins,* a Chapter 11 Reorganization involving Dalkon Shield victims nationwide

Claimants committee in the **Camall Chapter 11**, the first bankruptcy associated with the Fen-Phen litigation

**Motley Rice attorneys currently serve as a member of the trust advisory committee for several of the asbestos bankruptcy trusts formed under 524(g) of the federal bankruptcy code:**

*AC&S , Inc. Bankr.,* No. 02-12687 (D. Del.)

*Armstrong World Industries, Inc., Bankr.* No. 00-4471 (D. Del.)

*Babcock & Wilcox Co. Bankr.,* No. 00-10992 (E.D. La.)

*Celotex Corp. Bankr.,* Nos. 90-10016-8B1, 90-10017-8B1 (M.D. Fla.)

*Dresser II Bankr.,* No. 03-35592 (W.D. PA.)

*Federal Mogul Bankr.,* No. 01-10578 (D. Del)

*G-I Holdings Bankr.,* Nos. 01-30135 and 01-38790 (D.N.J.)

*Johns-Manville Corp.,* No.82-B11656 through 82 B 11676 (S.D.N.Y., E.D.N.Y.)

*Kaiser Aluminum Corp. Bankr.,* No.02-10429 (D. Del.)

*Keene Bankr.,* No. 93B 46090,96 CV 3492 (S.D.N.Y.)

*MH Detrick Bankr.,* No. 98 B 01004 (N.D. Ill.)

*Owens Corning Corp. Bankr.,* No. 00-03837 (D. Del.)

*Rock Wool Bankr.,* Nos. CV-99-J-I589-S.BK -96-08295-TBB-11 (N.D. Ala.)



*Rutland Fire Clay Bankr.,* No. 99-11390 (D. Vt.)

*Shook & Fletcher Bankr.,* No. 02-02771-BGc-11 (N.D. Ala.)

*United States Gypsum Corp. Bankr.,* No. 01-2094 (D. Del.)

*W.R. Grace Co. Bankr.,* No.s 01-1139, 01-1140 (D. Del.)

**Motley Rice attorneys have served as lead or co-lead trial counsel on behalf of The Asbestos Claims Committee:**

*Armstrong World Industries, Inc., Bankr.* No. 00-4471 (D. Del.) (estimation trial and plan confirmation trial)

*Federal Mogul Bankr.,* No. 01-10578 (D. Del.) (estimation trial and plan confirmation trial)

*Owens Corning Corp. Bankr.,* No. 00-03837 (D. Del.) (estimation trial and substantive consolidation trial)

*Pittsburgh Corning Corp. Bankr.,* No. 00-22876 (W.D. Pa.) (plan confirmation trial)

*W.R. Grace Co. Bankr.*, Nos. 01-1139, 01-1140 (D. Del.) (estimation trial and plan confirmation trial)

**Motley Rice attorneys have served on The Asbestos Claims Committee involved in the formation and confirmation of various asbestos bankruptcy trusts.**

*AC&S Bankr.,* No. 02-12687 (D. Del)

*Babcock & Wilcox Bankr.,* No. 00-10992 (E.D. La.)

*Celotex Bankr.,* Nos. 90-10016-8B1, 90-10017-8B1 (M.D. Fla.)

*Combustion Engineering Bankr.*, D. Del. No. 03-10495 (D. Del.)

*Congoleum Corp. Bankr.*, No.03-51524 (D.N.J.)

*Durabla Corp. Bankr.,* No. 09-14415 (D. Del)

*Federal Mogul Bankr.*, No. 01-10578 (D. Del.)

*G-I Holdings Bankr.,* Nos. 01-30135 and 01-38790 (D. N.J.)

*Johns-Manville Corp.,* No.82-B11656 through 82 B 11676 (E.D.N.Y.)

*Keene Bankr.*, No. 93B 46090,96 CV 3492 (S.D.N.Y.)

*MH Detrick Bankr.,* No. 98 B 01004 (N.D. Ill.)

*North American Refractories Corp. Bankr.,* No. 02-20198 (W.D. Pa.)

*Owens Corning Corp. Bankr.*, No. 00-03837 (D. Del.)

*Pittsburgh Corning Corp. Bankr.,* No. 00-22876 (W.D. Pa.)

*Rock Wool Bankr.,* Nos. CV-99-J-I589-S.BK-96-08295-TBB-11 (N.D. Ala.)

*Rutland Fire Clay Bankr.,* No. 99-11390 (D. Vt.)

*Shook and Fletcher Bankr.,* No. 02-02771-BGc-11 (N.D. Ala.)

*United States Gypsum Corp. Bankr.*, No. 01-2094 (D. Del.)

*W.R. Grace Co. Bankr.,* No.s 01-1139, 01-1140 (D. Del.)

# ACCOLADES FOR THE FIRM



## "Best Law Firm"
*Best Lawyers®*

**Nationally ranked** in Mass tort litigation / class actions–plaintiffs
2025 • 2024 • 2023 • 2022 •  2021 • 2020 • 2019 • 2018 • 2017 • 2016 • 2015 • 2014 • 2013 • 2012 • 2011 • 2010

2021 Hartford, CT Metro ranked Tier 1 in Banking/Finance



## Chambers USA
Product Liability: Plaintiffs – Nationwide, Band 1
2025 • 2024 • 2023 • 2022 • 2021



## 2022 Plaintiff Firm of the Year
## 2022 Impact Case Award: *Twitter*
*Benchmark Litigation*

## Practice Group of the Year
*Law360*
2021 Securities
2021 • 2020 • 2019 • 2015 Product Liability
2018 Consumer Protection

## "Elite Trial Lawyers"
*The National Law Journal*
2024 Consumer Protection
2023 • 2021 Government Representation
2021 Mass Torts | Pharmaceuticals
2020 Insurance Liability
2019  Bankruptcy Law



## *The Legal 500 – United States*
Litigation editions
Product liability, mass tort and class action - plaintiff: TIER 1
2024 • 2022 • 2021 • 2020 • 2019 • 2018 • 2017 • 2016 • 2015 • 2014 • 2013 • 2012 • 2011 • 2009 • 2007

## Securities Class Action Services Top 50
*Institutional Shareholder Services*
2024 • 2022 • 2017 • 2016 • 2015 • 2014 • 2011 • 2010 • 2009

*For full methodologies and selection criteria, visit www.motleyrice.com/award-methodology*

Please remember that every case is different. Although they endorse certain lawyers, *The Legal 500 United States* and *Chambers USA* and other similar organizations listed above are not Motley Rice clients. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

# TEAM BIOS





# MATHEW P. JASINSKI

**860.218.2725  mjasinski@motleyrice.com**

**MEMBER ATTORNEY**



Mathew Jasinski represents consumers, businesses, and governmental entities in class action and complex cases involving consumer protection, unfair trade practices, commercial, environmental and securities litigation. He also represents whistleblowers in *qui tam* cases under the False Claims Act.

Mathew's litigation experience includes all aspects of trial work, from case investigation to appeal. He has represented plaintiffs in class actions involving such claims as breach of contract and unfair trade practices. He has experience in complex commercial cases regarding claims of fraud and breach of fiduciary duty and has represented an institutional investor in its efforts to satisfy a judgment obtained against the operator of a Ponzi scheme. Mathew obtained a seven-figure arbitration award in a case involving secondary liability for an investment advisor's conduct under the Uniform Securities Act. He played a leadership role in litigation against Wells Fargo, which resulted in a $79 million settlement on behalf of financial advisors whose deferred compensation was forfeited, in alleged violation of the Employee Retirement Income Security Act (ERISA). He was part of the team that secured a $160 million settlement to resolve claims of alleged unpaid overtime on behalf of nurse practitioners and physicians' assistants employed by the U.S. Department of Veterans Affairs. He also helped to reach a $12.5 million settlement to resolve claims that alleged cancer care provider 21st Century Oncology failed to protect private information for millions of patients in a 2015 data breach.

Mathew also contributes to the firm's appellate group, having argued cases in the U.S. Courts of Appeals for the First, Second, and Third Circuits, the Connecticut Appellate Court, the Connecticut Supreme Court, and the Delaware Supreme Court. He also has worked on numerous appeals before other state and federal appellate courts across the country.

Prior to joining Motley Rice in 2009, Mathew practiced complex commercial and business litigation at a large defense firm. He began his legal career as a law clerk for Justice David M. Borden (ret.) of the Connecticut Supreme Court. During law school, Mathew served as executive editor of the Connecticut Law Review and judging director of the Connecticut Moot Court Board. He placed first in various moot court and mock court competitions, including the Boston region mock trial competition of the American Association for Justice. As an undergraduate, Mathew served on the board of associate directors for the University of Connecticut's honors program and was recognized with the Donald L. McCullough Award for his student leadership.

**LICENSED IN:**
Connecticut
New York

**ADMITTED TO PRACTICE BEFORE:**
U.S. Supreme Court

U.S. Court of Appeals for the First, Second, Third, Fourth, Sixth, Ninth, and Federal Circuits

U.S. District Court for the District of Connecticut and Southern District of New York

**EDUCATION:**
J.D. *with high honors*, University of Connecticut School of Law, 2006

B.A. *summa cum laude*, University of Connecticut, 2003

**ASSOCIATIONS:**
**American Association for Justice**
**American Bar Association**
**Connecticut Bar Association**
**Oliver Ellsworth Inn of Court**
**Phi Beta Kappa**

*Please remember that every case is different. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

**Continued...**

PD:09.22.2025

# MATHEW P. JASINSKI

*Continued...*



Mathew continues to demonstrate civic leadership in the local Hartford community. He is vice chairman of the board of directors for the Hartford Symphony Orchestra and an elder of the Asylum Hill Congregational Church. On October 15, 2020, Connecticut Supreme Court Chief Justice Richard A. Robinson appointed Mathew to serve as a member of the Client Security Fund Committee. Mathew was also recently appointed by Speaker Matthew D. Ritter of the Connecticut House of Representatives to serve on the board of trustees for the Connecticut Tobacco and Health Trust Fund. Mathew was previously a commissioner of the Hartford Parking Authority and served on the city's Charter Revision Commission.

*\* For full Super Lawyers selection methodology visit: www.superlawyers.com/ about/selection_process.html For current year CT data visit: www.superlawyers.com/connect icut/selection_details.html*

## PUBLISHED WORKS:

"On the Causes and Consequences of and Remedies for Interstate Malapportionment of the U.S. House of Representatives" (Jasinski and Ladewig, *Perspectives on Politics,* Vol. 6, Issue 1, March 2008)

"Hybrid Class Actions:  Bridging the Gap Between the Process Due and the Process that Functions" (Jasinski and Narwold), *The Brief,* Fall 2009

## AWARDS AND ACCOLADES:

**Super Lawyers®**
**2013–2021** *Connecticut Super Lawyers Rising Stars* list
Business litigation; Class action/mass torts; Appellate

**Lawdragon**
**2019–2023** Lawdragon 500 Plaintiff Financial Lawyers

***Connecticut Law Tribune***
**2018** "New Leaders in Law"

***Hartford Business Journal***
**2009** "Forty Under 40"



# DOUGLAS P. NEEDHAM

**860.218.2720  dneedham@motleyrice.com**

**SENIOR COUNSEL**



A senior litigator, Doug Needham protects worker rights and benefits through cases brought under the Employee Retirement Security Act (ERISA) and consumer protection statutes regarding pension calculations, 401(k) investments, ERISA vesting rules, insurance rates and executive compensation. Working closely with actuaries, economists and statisticians, Doug's cases involve complex annuity, investment and insurance products, as well as the effect of corporate mergers and spin-offs on employee benefits.

He was a partner at a boutique plaintiffs' class action firm before joining Motley Rice, playing a lead role in developing novel cases brought under the ERISA statute and helping thousands of workers across the country recover money and benefits, including:

- *Berry v. Wells Fargo* ($79 million settlement.* Worked alongside Motley Rice as co-lead counsel. The settlement was the largest recovery for a "top hat case" in the history of ERISA)
- *Cruz v. Raytheon* ($59 million settlement* as class counsel)
- *Snider v. Seventy-Seven Energy* ($15 million settlement* as co-lead counsel)
- *Stegemann v. Gannett* (co-class counsel)

Before focusing on his practice representing plaintiffs, Doug represented clients in business torts, breach of fiduciary duty and fraud cases as a partner at a large corporate law firm in Connecticut.

A former All-Ivy lacrosse player during his time at Cornell, Doug is a youth lacrosse and basketball coach and a board member for a local lacrosse program and previously was the risk manager for a youth soccer program.

**AWARDS AND ACCOLADES:**
***Connecticut Super Lawyers® Rising Stars* list**
**2015–2018**  Class Action & Mass Torts, Business Litigation

**LICENSED IN:**
Connecticut
Massachusetts
New York

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the First and Second Circuits

U.S. District Court for the District of Connecticut, Central District of Illinois, District of Massachusetts, Southern, Eastern, Northern and Western Districts of New York, and the Eastern District of Wisconsin

**EDUCATION:**
J.D., Boston University School of Law, 2007

B.S., Cornell University, 2004

*Please remember that every case is different. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

For full Super Lawyers selection methodology visit:
*www.superlawyers.com/about/selection_process.html*
For current year CT data visit:
*www.superlawyers.com/connecticut/selection_details.html*



**MotleyRice** LLC

# F. FRANKLIN AMANAT

**212.577.0052  famanat@motleyrice.com**

**MEMBER ATTORNEY**

Frank Amanat tirelessly leverages more than three decades of litigation experience in both the public and private sectors to seek justice for whistleblowers, defrauded investors, deceived consumers, terrorism and mass tort victims, governmental entities, and people harmed by corporate or governmental wrongdoing.

Frank has litigated notable civil cases for private plaintiffs and public sector clients in federal and state courts across the country. His practice today focuses on representing relators in False Claims Act (FCA) *qui tam* matters; whistleblowers submitting confidential tips to the Securities Exchange Commission (SEC), the Commodity Futures Trading Commission (CFTC) and other agencies; and plaintiffs in other fraud-related litigation. He also represents defrauded investors in securities litigation, including class actions, derivative, and opt-out proceedings; consumers injured by deceptive trade practices and anticompetitive conduct; victims of terrorist attacks and other mass torts and human rights violations; governmental entities; and persons harmed by corporate and governmental misconduct. A multifaceted litigator, he provides Motley Rice clients with extensive investigatory, arbitration, trial, and appellate experience, coupled with a broad range of legal and policy knowledge.

At Motley Rice, Frank is one of the lead counsel for the Relator in parallel cases pending in New York, California, and New Jersey state courts. These cases, brought on behalf of dozens of state, county, and local governments, accuse several large banks of having defrauded the states of hundreds of millions of dollars by colluding with one another to inflate interest rates on municipal bonds called variable rate demand obligations. Frank played an instrumental role in achieving a historic $70 million* settlement in an earlier, previous case on behalf of the State of Illinois, and continues to press for justice for taxpayers in other States.

Frank also represents a whistleblower who exposed an alleged scheme by major defense contractors to defraud the U.S. Army of billions of dollars by failing to disclose that it was trafficking tens of thousands of laborers from South Asia to work on Army bases in Afghanistan in deplorable conditions of debt bondage and involuntary servitude. He also represents a whistleblower who was instrumental in discovering and reporting a conspiracy by major international financial institutions to manipulate, for their own benefit, a key benchmark for foreign exchange trading; this whistleblower's efforts led to enforcement actions culminating in $1.5 billion in civil penalty settlements with federal regulators.

**LICENSED IN:**
Connecticut
District of Columbia
New Jersey
New York

**ADMITTED TO PRACTICE BEFORE:**
U.S. Supreme Court

U.S. Court of Appeals for the Second, Fourth, Ninth, and D.C. Circuits

U.S. District Court for the District of Columbia, Northern and Central Districts of Illinois, Southern and Eastern Districts of New York

**EDUCATION:**
J.D., *cum laude,* Harvard Law School, 1991

B.A., *summa cum laude,* University of Pennsylvania, 1988

**ASSOCIATIONS:**
**Federal Bar Association,** Qui Tam Section
**The Anti-Fraud Coalition,** Government Relations Committee
**New York Bar Association**
**Eastern District Association**
**Harvard Law School Association**

*Prior results do not guarantee a similar outcome.

*Continued...*

PD:11.03.2025

# F. FRANKLIN AMANAT    *Continued...*

Frank is part of the Motley Rice teams seeking justice and compensation for victims of violence committed by Mexican drug cartels and other international terrorist organizations, including the family of Kiki Camarena, the DEA Special Agent who was brutally murdered in 1985, and the victims of the November 2019 massacre of American women and children in rural Mexico. He also contributes to a class action Little Tucker Act suit against Immigration and Customs Enforcement for failing to return hundreds of millions of dollars in immigration bonds posted on behalf of migrants in removal proceedings.

Prior to joining Motley Rice, Frank was a partner at a plaintiff's firm, where he represented whistleblowers in a range of FCA and agency proceedings involving financial, procurement, and healthcare fraud, including a qui tam suit against a number of CVS entities accused of defrauding Medicare and Medicaid of tens of millions of dollars. He also formerly represented a state's Attorney General in a consumer protection and deceptive practices suit against the makers of Androgel®, a testosterone replacement therapy drug, which settled for an undisclosed sum. He contributed to that firm's antitrust class action practice, most notably in connection with foreign exchange antitrust litigation. Additionally, Frank represented dozens of victims of sex and labor trafficking and sexual abuse, including the victims of Canadian fashion mogul Peter Nygård.

For more than 20 years before returning to private practice, Frank served in the U.S. Department of Justice (DOJ), in the United States Attorney's Office for the Eastern District of New York (Civil Division), as well as the Offices of Legal Policy and Immigration Litigation. He managed over 400 cases on behalf of more than 70 federal agencies in a wide variety of litigation areas, including representing the Government in numerous class action, constitutional, and program litigation. Many of those cases were litigated under the FCA, the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA), the Federal Tort Claims Act (FTCA), the Tucker Act, the various civil rights acts, the immigration code, and the Administrative Procedures Act (APA). He also obtained and collected over $15 million* in asset forfeiture judgments. He was a leading member of the group that developed and promulgated regulations implementing the Prison Rape Elimination Act, the largest administrative rulemaking project in DOJ history. In 2018, Frank was recognized with multiple awards for his work as lead counsel in United States v. Barclays Capital, a fraud case involving the sale of residential mortgage-backed securities that resulted in a $2 billion settlement*—the largest ever single civil penalty recovery by the DOJ involving actions filed under FIRREA.

*Continued...*

# F. FRANKLIN AMANAT    *Continued...*



Outside the courtroom, Frank is a frequent speaker at professional conferences and a regular storyteller at events sponsored by The Moth. A trivia fanatic, he was a 2004 contestant and multigame winner on the game show Jeopardy! He spent two years directing the Government Civil Litigation Clinic at NYU School of Law as an Adjunct Associate Professor of Clinical Law. After completing his legal studies at Harvard Law School where he served as Editor for the Harvard Law Review, he clerked for Judge Frank E. Schwelb of the District of Columbia Court of Appeals. He is fluent in English, French and has a working knowledge of Farsi.

Frank splits his time between Motley Rice offices in New York and Connecticut.

**SELECT PUBLICATIONS:**
- Practical Aspects of the Anti-Terrorism Act: "Follow the Money" or Else ..., Carver 33rd Annual *Accredited CLE Update*, December 2020
- Civil Rights and the Future of Qualified Immunity, *360 Advocacy*, December 2020
- How Congress Can Depoliticize the Supreme Court, *Law360*, September 2020
- Int'l Human Rights Law Group, In the Public Eye: Parliamentary Transparency in Europe and North America (1995) (contributing author)
- The Bluebook: A Uniform System of Citation (15th 1991) (Executive Editor)
- Recent Development, 12 J.L. & Pub. Pol'y 1081 (1989) (commenting on *Fort Wayne Books v. Indiana,* 109 S. Ct. 916 (1989) (applicability of civil RICO laws to obscenity violations))

**AWARDS AND ACCOLADES:**

**Executive Office of United States Attorneys**
**2020** Director's Award for Superior Performance as an Assistant United States Attorney

**New York City Bar Association**
**2018** Henry L. Stimson Medal

**Council of the Inspectors General on Integrity and Efficiency (CIGIE)**
**2018** Investigation Award for Excellence

**United States Department of Justice**
**2012** Attorney General's Award for Distinguished Service

**International Human Rights Law Group**
**1993** Annual Pro Bono Service Award



# RILEY BREAKELL

**860.218.2727  rbreakell@motleyrice.com**

**ASSOCIATE ATTORNEY**



With a passion for justice, Riley Breakell litigates class actions and complex cases on behalf of people wronged by corporations.

Specifically, Riley represents families and children who allege social media platforms encouraged addictive behavior resulting in emotional and physical harm, classes of workers deprived of their compensation and benefits, and whistleblowers flagging fraud against the government. Riley also contributes to the firm's appellate practice and has worked on cyber-surveillance, anti-terrorism, and unfair trade practice cases.

Before joining Motley Rice, Riley gained valuable experience interning for the Office of the Federal Public Defender in Hartford, Connecticut, and as a legal assistant for Catholic Charities Immigration Legal Services in Portland, Oregon. During law school, Riley led the Connecticut Law Review as its Editor-in-Chief and worked as a research and teaching assistant in areas including civil procedure, legislation and regulation, and constitutional law.

Riley's academic achievements include the 2022 William F. Starr First Year Award for highest grade point average in the day division, the 2023 UConn School of Law Award for Exceptional Achievement in Scholarship, and three CALI Awards for excellence in class performance.

**LICENSED IN:**
Connecticut

**ADMITTED TO PRACTICE BEFORE:**
U.S. Court of Appeals for the Second Circuit

U.S. District Court for the District of Connecticut

**EDUCATION:**
J.D., with honors, University of Connecticut School of Law, 2023

B.A., *magna cum laude*, College of the Holy Cross, 2017



**www.motleyrice.com**
**1 800.768.4026**

28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**SC | RI | CT | NY | WV | DC | NJ | PA**

Joseph F. Rice (DC, SC) is the attorney responsible for this communication. Prior results do not guarantee a similar outcome. Motley Rice LLC, a South Carolina Limited Liability Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice.
*PD: 06.18.2025*