**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO, | |
| Plaintiffs, | No. 25-cv-08935 |
| v. | Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.) |
| UNITED STATES OF AMERICA; | |
| LORI CHAVEZ-DEREMBER, in her official capacity as Secretary of the United States Department of Labor; | |
| DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and | |
| JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor, | |
| Defendants. | |

**DECLARATION OF ALAN L. ROSCA IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Alan L. Rosca, declare as follows:

1.  I am a member of Rosca Scarlato LLC and counsel of record for Plaintiffs in this action.

2.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

4.  Rosca Scarlato LLC currently represents 157 former Morgan Stanley financial advisors in 29 pending FINRA arbitration proceedings challenging Morgan Stanley's

cancellation of deferred compensation under the Equity Incentive Compensation Plan and/or Morgan Stanley Compensation Incentive Plan on the ground that these plans are part of an employee pension benefit plans governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq. Each of these arbitration proceedings commenced on or after December 30, 2020.

5. Among Rosca Scarlato's clients in FINRA arbitrations against Morgan Stanley (as described in ¶ 4) is Plaintiff Nicholas Sutro, named Plaintiff here, who commenced his arbitration on May 22, 2024.

6. After the DOL issued its Advisory Opinion, counsel for Morgan Stanley sent counsel for claimants in pending arbitrations against Morgan Stanley virtually identical letters that stated, among other things: "Morgan Stanley is permitted to rely on the advisory opinion as the official position of the DOL on whether ERISA applies to Morgan Stanley's deferred compensation program," and "Claimants now face not only the near certainty of losing their case, but also having to pay Morgan Stanley's attorneys' fees and costs, which will be well into six figures, if not higher, by the time the arbitration concludes." Attached hereto as Exhibit A is a true and accurate copy of the September 17, 2025 letter Morgan Stanley sent to Counsel for Nicholas Sutro. (The names of other claimants as well as the specific settlement offer received from Morgan Stanley have been redacted.)

7. Rosca Scarlato LLC has extensive experience litigating class actions and ERISA matters. A summary of the firm's relevant experience and qualifications is set forth in the firm resume attached hereto as Exhibit B.

8. Rosca Scarlato LLC and its founders, Alan Rosca and Paul Scarlato have served or are serving as class counsel in numerous class action cases including: *Mary Loughran v. The*

*Charles Schwab Corporation et al*, no. 2:24-cv-07344, C.D. Ca. (class action alleging breach of fiduciary duty and unfair business practices); *Mehlman v. Ameriprise Financial, Inc. et al*, no. 0:24-cv-03018, D. Minn. (class action alleging breach of fiduciary and contractual duties); *Schmidlin v. Raymond James Financial, Inc. et al*, no. 8:24-cv-204, M.D. Fl. (class action alleging breach of fiduciary duty and deceptive practices); *Liu v. Wilmington Trust*, no. 6:14-cv-06631, W.D.N.Y. (class action on behalf of investors in a fraudulent scheme against the scheme's trustee bank); *Chang v. Wells Fargo Bank, N.A.*, no. 4:19-cv-01973, N.D. Cal. (class action on behalf of investors in a real estate investment Ponzi scheme); *Gregory v. Zions Bank*, no. 2:19-cv-00015 D. Utah (class action on behalf of victims a silver bullion trading Ponzi scheme); *O'Hearn v. Vida Longevity Fund, LP*, et al., no. 1:21-cv-00402, D. De. (class action under the Texas Securities Act), and has successfully litigated ERISA matters including *Calvin McCutchan v. Coriant Operations, Inc. et al.*, no. 1:20-cv-00561 , N.D. Ill. (class action alleging breach of fiduciary duty on behalf of participants in the Coriant 401k Plan), *In the Matter of the Arbitration Between Alfred Serrano, et al. v. Morgan Stanley*, FINRA Case Nos. 22-2150 and 22-02147, and *In the Matter of the Arbitration Between Robert Pearson (Davis), et al. v. Morgan Stanley*, FINRA Case No. 22-01178.

9.    Rosca Scarlato LLC is committed to vigorously prosecuting this action on behalf of the proposed class and has the resources and expertise necessary to serve as class counsel in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of January, 2026, at Beachwood, Ohio.

/s/ Alan Rosca
Alan L. Rosca