# EXHIBIT 2

# Rosca Scarlato LLC

Rosca Scarlato LLC ("Rosca Scarlato" or the "Firm") represents plaintiffs in securities class actions and arbitrations, shareholder disputes, corporate governance, ERISA, antitrust, wage-and-hour, consumer fraud, and data breach cases. While the Firm's main offices are located in the Philadelphia and Cleveland metro areas, our practice is nationwide, encompassing federal and state courts throughout the country.

Rosca Scarlato founding partners Alan Rosca and Paul Scarlato have secured substantial recoveries on behalf of their clients, helped to ensure honest and fair disclosures in financial markets, secured corporate governance reforms intended to improve transparency and oversight for the benefit of investors, and instituted meaningful changes in business practices that sought to ensure robust competition in commercial markets and truthful advertising in retail markets.

### Alan Rosca, Partner

Alan Rosca is a securities lawyer, former adjunct professor of securities regulation, and frequent lecturer at legal conferences on topics ranging from Ponzi schemes and investment fraud to cryptocurrencies. Mr. Rosca focuses his practice on complex financial and commercial matters, particularly in the areas of securities litigation and arbitration, investment fraud, derivative matters and corporate reform, ERISA, wage-and-hour, antitrust, and international disputes. He often represents investors in disputes with financial and banking industry members, arising out of investment fraud or misconduct, and has experience prosecuting claims on behalf of investors through class actions, derivative cases, and FINRA arbitrations.

Mr. Rosca received his Juris Doctor degree summa cum laude from the Cleveland-Marshall College of Law. While in law school he served as a Managing Editor of the Cleveland State Law Review, received the Dean's (full) scholarship for the entire Juris Doctor program, was on the

Dean's List, and won the "Best Oralist" award in the Jessup Moot Court competition, Pacific Region. He passed the Ohio Bar exam in top 1%, with the highest grade in the state to the multi-state (federal law) section.

He is licensed to practice law in the Ohio state and District of Columbia, U.S. Supreme Court, the Northern and Southern Districts of Ohio, the District of Columbia federal court, U.S. Court of Appeals for the D.C. Circuit, U.S. Court of Appeals for the 4th Circuit, U.S. Court of Appeals for the 6th Circuit, and other federal courts. Mr. Rosca works in the firm's Ohio office in the Cleveland metropolitan area. He is a member of the Public Investors Advocate Bar Association ("PIABA"), has served as Co-Chair of PIABA's Amicus Committee for many years, and has co-authored many amicus curiae briefs filed in appellate courts across the country advocating on behalf of public investors. He is also a member of the Cleveland Metropolitan Bar Association ("CMBA") and past Chair of the CMBA Unlicensed Practice of Law Committee, and the Cleveland Diplomatic Corps. He holds a Master of Business Administration degree from Baldwin-Wallace University, Ohio.

Mr. Rosca taught securities regulation and corporate governance at Cleveland-Marshall College of Law, his alma mater, for approximately a decade. In May 2021, he was elected to a three-year term as a Barrister to the William K. Thomas American Inn of Court.

Mr. Rosca has tried multiple cases on behalf of investors as first or second chair, has served as co-lead counsel, or has been involved in a leading role, in class actions on behalf of investors who lost money as a result of alleged investment fraud or Ponzi schemes, as well as in other class action matters, including:

- Florio v. Goldman Sachs Group Inc. et al. (S.D.N.Y.) (class action under the PSLRA);
- Paulson v. Two Rivers Water and Farming Co., et. al (D. Co.) (class action under the Colorado Securities Act);

- Yao Yi Liu v. Wilmington Trust Company (W.D.N.Y.) (class action; representing victims of a Ponzi scheme);
- Gregory v. Zions Bancorporation (D. Utah) (class action; representing victims of a Ponzi scheme);
- Chang v. Wells Fargo bank, N.A. (N.D. Ca.) (class action; representing victims of a Ponzi scheme);
- Elliott v. Bank of Oklahoma (D.N.J.) (class action; representing victims of a Ponzi scheme); and
- O'Hearn v. Vida Longevity Fund, LP, et al. (D. De.) (class action under the Texas Securities Act);
- Hanson v. Berthel Fisher & Company Financial Services, Inc., et al. (N.D. Iowa) (class action; represented investors in an allegedly fraudulent real estate investment program);
- Prock v. Thompson National Properties, LLC, et al. (C.D. Ca.) (represented investors in an allegedly fraudulent real estate investment program);
- Spaude v. Mysyk (N.D. Oh.) (represented investors in an allegedly fraudulent oil-and-gas investment scheme);
- Roth v. Life Time Fitness, Inc. (D. Minn.) (represented class seeking unpaid wages);
- Aleem v. Pearce & Durick (D.N.D.) (represented investors in a fraudulent investment scheme);
- Hay v. United Development Funding IV et al. (N.D. Texas) (represented investors in an allegedly fraudulent real estate investment scheme);
- Fastrich v. Continental General Insurance Company (D. Neb.) (represented class seeking payment of certain fees and commissions).

**Paul Scarlato, Partner**

Paul Scarlato has concentrated his practice on the litigation of complex class actions since 1989. He has litigated numerous cases under the federal and state securities laws, ERISA, consumer, antitrust and common law involving companies in a broad range of industries and has litigated many cases involving financial and accounting fraud.

Mr. Scarlato graduated from Moravian College with a degree in accounting and received his Juris Doctor degree from the Widener University School of Law.

Mr. Scarlato served as law clerk to the Honorable Nelson Diaz, of the Court of Common Pleas of Philadelphia County, and thereafter to the Honorable James T. McDermott of the Pennsylvania Supreme Court.

After his clerkships, Mr. Scarlato was a member of the tax department of "big four" accounting firm where he served large business clients in a variety of industries.

Mr. Scarlato is a member of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and those of various federal district and circuit courts.

In securities fraud cases, Mr. Scarlato was one of three lead attorneys for the class in Kaufman v. Motorola, Inc., (N.D. Il.), a securities fraud class action that settled weeks before trial. He served as lead counsel in Seidman v. American Mobile Systems, Inc., (E.D. Pa.), a securities class action that resulted in a settlement for the plaintiff class, again on the eve of trail, and served as co-lead counsel in In re: Corel Corporation Securities Litigation (E.D. Pa.) (securities fraud class action). He has played a key role in numerous other securities fraud class actions over the course of his career, including as a member of the plaintiffs' teams that prosecuted:

- In re Broadcom Securities Litigation, which resulted in a settlement of $150 million for the class.
- AOL Time Warner Securities Litigation, which resulted in a settlement of over $2.5 billion for investors.
- In re Monster Worldwide, Inc. Securities Litigation ($47.5 million settlement in case arising out of options backdating).
- In re Mercury Interactive Securities Litigation ($117.5 million settlement, options backdating).
- In re SafeNet, Inc. Securities Litigation ($25 million settlement, options backdating).
- In re Semtech Securities Litigation ($20 million settlement, options backdating).
- Leibovic v. United Shore Financial Services (E.D. Mich.) (data breach class action),
- Vikram Bhatia, D.D.S. v. 3M Company, Case No. 16-cv-01304 (D. Minn.) (Member of Executive Committee; product defect class action)

  Along with Alan Rosca, Paul Scarlato served as class counsel in -

- Florio v. Goldman Sachs Group Inc. et al. (S.D.N.Y.) (class action under the PSLRA);
- Paulson v. Two Rivers Water and Farming Co., et. al (D. Co.) (class action under the Colorado Securities Act);
- Yao Yi Liu v. Wilmington Trust Company (W.D.N.Y.) (representing victims of a Ponzi scheme);
- Gregory v. Zions Bancorporation (D. Utah) (representing victims of a Ponzi scheme);

4

- Chang v. Wells Fargo bank, N.A. (N.D. Ca.) (representing victims of a Ponzi scheme);
- Elliott v. Bank of Oklahoma (D.N.J.) (representing victims of a Ponzi scheme); and
- O'Hearn v. Vida Longevity Fund, LP, et al. (D. De) (class action under the Texas Securities Act).

**Lisa H. Fish, Senior Associate Attorney**

Ms. Fish is a senior associate attorney located in the greater Philadelphia area. She has extensive experience in class actions, complex civil and commercial litigation, and appeals.

For the first half of her legal career, Ms. Fish served as a law clerk and staff attorney for the judiciary, including the Massachusetts Superior Court, the Massachusetts Appeals Court, and the First Circuit Court of Appeals.

She left the judiciary in 2017 to start her own practice, where she focused on civil and commercial litigation and appeals. Her passion for protecting investors, employees, and consumers led her to class actions nationwide. She worked for two nationally recognized boutique plaintiffs-side firms, where she practiced data privacy, consumer protection, civil rights, and employment law, before joining Rosca Scarlato. She now concentrates her practice on representing investors, employees, and consumers in arbitrations and class actions.

Ms. Fish obtained her Bachelor of Arts degree *summa cum laude* from Eckerd College in St. Petersburg, Florida, where she dual majored in Anthropology and Modern Languages (Spanish and Italian). She received her law degree *magna cum laude* from Boston University School of Law, where she was a Note Editor on the International Law Journal, volunteered at a shelter for unhoused veterans, and participated in a litigation clinic.

**Hugh Berkson, Of Counsel**

Hugh D. Berkson, of counsel to the Firm, is based in Cleveland, Ohio. He focuses his practice on securities arbitration and litigation. Hugh has extensive experience representing investors who lost money in the stock market due to fraudulent conduct of financial advisors. He

5

tries and arbitrates investment cases and performs much of the required technical analysis, and has considerable experience taking cases to trial or arbitration with successful results.

Mr. Berkson obtained a business degree in Finance from the University of Texas at Austin and is a graduate of Case Western Reserve University School of Law, where he was a member of the Order of the Barristers and received both the American Jurisprudence Award (National Mock Trial) and the Jonathan M. Ault Mock Trial Prize. He later served as an Adjunct Professor at Case Western Reserve University School of Law, where he taught trial practice. He is the past President of the Public Investors Arbitration Bar Association (PIABA), an international legal association composed of practitioners who represent investors in disputes with the securities industry. He also serves on PIABA's Board of Directors.

Hugh regularly participates as both a moderator and panelist at PIABA's national meetings and seminars and also has been a panelist at the annual nationally simulcasted PLI Securities Arbitration Program in New York City, as well as the Ohio Securities Conference. He has served as a resource regarding important issues concerning American investors, and has been quoted by the Wall Street Journal, Investment News, On Wall Street, Financial Planning, Cleveland Plain Dealer, Pittsburgh Post-Gazette and other media outlets.

**Edward P. Pekarek, Of Counsel**

Edward Pekarek, of counsel, based in New York state, is a business and litigation lawyer and former law professor who clerked for the Hon. Kevin Nathaniel Fox (SDNY). Mr. Pekarek's degrees include an LL.M. from Fordham Law School in Corporate, Banking & Finance Law (cum laude); a Juris Doctor from Cleveland-Marshall College of Law (magna cum laude); and a Bachelor of Arts from The College of Wooster.

6

As a law student, Mr. Pekarek co-authored and edited respondent's merits brief in the United States Supreme Court matter of City of Cuyahoga Falls v. Buckeye Community Hope Foundation, and an amicus brief in the copyright matter of Eldred v. Ashcroft. As a practitioner, Mr. Pekarek represented the petitioner in Stone v. Bear Stearns (securities arbitration), and represented the respondent in Campbell-Postingle v. Kovacic (4th Amendment), both of which were resolved on certiorari. He has written for and/or argued before state and federal appellate courts in numerous areas of law.

Mr. Pekarek has been a former editor of the Public Investor Arbitration Bar Association (PIABA) Bar Journal, Editor-in-Chief of the Cleveland-Marshall Journal of Law & Health, editor of the Fordham Journal of Corporate and Financial Law, a three-year editor of The Gavel, Cleveland-Marshall's national law school newspaper, and co-editor of the New York State Bar Association Securities Litigation and Arbitration website. Mr. Pekarek also co-authored and edited the FINRA Foundation investor education publication, Investor's Guide to Securities Disputes.

Mr. Pekarek's scholarly work includes more than one dozen published writings, including textbook chapters, law review and journal articles, columns, and legal blogs. His scholarly writings have been cited by the Securities and Exchange Commission, a United States District Court, and a variety of other institutions, government bodies, and academics, including former Securities and Exchange Commission Enforcement Director Linda Chatman-Thomsen, the Chilean Finance Ministry, Greek National Bank, Levy Economics Institute of Bard College, and by the RAND Corporation in its seminal report commissioned by the SEC regarding Broker-Dealers and Investment Advisers.

Ed Pekarek has commented frequently about an array of business and securities law topics for various media outlets, including: The Wall Street Journal; ABC News; CNN; Dow Jones

Newswire; Bloomberg; Kiplinger Finance; MarketWatch; Law 360; NPR; Progressive Farmer; The Brock Report; and the Cleveland Plain Dealer. He is also a former supervising attorney for John Jay Legal Services, and an Assistant Director of the Pace Law School Investor's Rights Clinic, during which he served as a faculty advisor and coach of Pace Law School's Securities Dispute Resolution Triathlon Team which won the national FINRA-sponsored 2011 Securities Triathlon competition in New York City. He has been a frequent blogger and co-authored the article "The Make Believe of Janus," which was named among the "Best of NYSBA" for 2011.

While in private practice, Mr. Pekarek has represented many business and non-profit clients in transactional, litigation, dispute resolution, and appellate work, within industries including financial services, securities, medical, dental, mental health, legal, accounting, real estate, construction, agriculture, traditional and alternative energy, digital media, among others. He has also assisted various municipalities and quasi-governmental agencies.

Mr. Pekarek's commitment extends to community service, where he serves on the Board of Directors for several organizations and volunteers with multiple community initiatives. He is a member of numerous legal associations and is admitted to practice in New York, the Western District of New York, and the United States Supreme Court.

**Richard Lewins, Of Counsel**

Richard A. Lewins, of counsel, based in Dallas, Texas, focuses his practice on representing investors in claims against brokerage firms and investment advisors. He has represented hundreds of clients throughout the country in arbitrations before FINRA and AAA, and has recovered substantial amounts through Awards and settlement.

8

Mr. Lewins has been a featured speaker and author in the area of securities and securities litigation for the State Bar of Texas, Dallas Bar Association, PIABA, the American Institute of Certified Public Accountants and the Financial Executives Institute.

He has been a featured speaker and author in the area of securities and securities litigation for the State Bar of Texas, Dallas Bar Association, PIABA, the American Institute of Certified Public Accountants and the Financial Executives Institute.

Mr. Lewins has been consistently voted one of the best lawyers in Dallas and in Texas, by peer review committees of D Magazine and Texas Monthly. Mr. Lewins earned a Juris Doctor degree from the Southern Methodist University School of Law, Dallas, Texas, and a Bachelor of Arts degree from the University of Texas, Austin, Texas. His professional affiliations are extensive and include membership in the Securities Section of the Dallas Bar Association, the Texas Bar Association, the Dallas Bar Association, and PIABA.