**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMBER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>    Defendants. | No. 25-cv-08935<br><br>Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.) |

**DECLARATION OF JOHN S. EDWARDS, JR. IN SUPPORT**
**OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, John S. Edwards, Jr., declare as follows:

1.    I am a partner at Ajamie LLP and counsel of record for Plaintiffs in this action.

2.    I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3.    I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

4.    Ajamie LLP, together with Motley Rice LLC and Izard, Kindall & Raabe LLP, collectively represent approximately 60 former Morgan Stanley financial advisors (who have not otherwise communicated any intention to withdraw) in 22 pending FINRA arbitration

proceedings challenging Morgan Stanley's cancellation of deferred compensation under the Equity Incentive Compensation Plan and/or Morgan Stanley Compensation Incentive Plan on the ground that these plans are employee pension benefit plans governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq. Each of these arbitration proceedings commenced after December 30, 2020.

5.    Ajamie LLP has extensive experience litigating class actions, ERISA cases, and cases seeking to recover financial advisors' forfeited deferred compensation. A summary of the firm's qualifications is set forth in the firm resume attached as Exhibit 1.

6.    Ajamie LLP, Izard, Kindall & Raabe LLP, and Motley Rice LLC represented former Morgan Stanley financial advisors in a proposed class action seeking to recover their forfeited deferred compensation under ERISA. *Shafer v. Morgan Stanley*, No. 1:20-cv-11047-PGG, 2023 WL 8100717 (S.D.N.Y. Nov. 21, 2023) ("*Shafer I*") (granting motion to compel arbitration), writ denied by, appeal dismissed by No. 24-3141(L), 2025 WL 1890535 (2d Cir. Jul. 9, 2025), and 2024 WL 4697235 (S.D.N.Y. Nov. 5, 2024) ("*Shafer II*") (denying motion for reconsideration).

7.    Ajamie LLP, Izard, Kindall & Raabe LLP, and Motley Rice LLC represented former Wells Fargo financial advisors in a class action seeking to recover their forfeited deferred compensation under ERISA. *Berry v Wells Fargo & Co.*, No. 3:17-00304-JFA, 2018 WL 9989754 (D.S.C. Oct. 9, 2018) (order certifying class). The class action resulted in a $79 million settlement, which is the largest recovery in a "top hat" case in the history of ERISA. *Berry v Wells Fargo & Co.*, No. 3:17-00304-JFA, 2020 WL 9311859, at *13 (D.S.C. July 29, 2020) (order approving settlement).

8.   Ajamie LLP is committed to vigorously prosecuting this action on behalf of the proposed class and has the resources and expertise necessary to serve as class counsel in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January, 2026, in Houston, Texas.

_____
John S. Edwards, Jr.