# EXHIBIT 1



# **FIRM RESUME**

Izard, Kindall & Raabe LLP ("IKR")[1] is one of the premier national firms engaged in class action litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the securities laws.  We have served as lead or co-lead counsel in many large ERISA class actions, including cases against Raytheon, Wells Fargo, JP Morgan, Metropolitan Life, United Healthcare, Cigna, Merck, Time Warner, AT&T, Fidelity, Prudential and John Hancock.

ERISA Cases where IKR has been formally appointed as sole or co-lead counsel, or serves as lead or co-lead counsel, include:

- *Overby v. Tyco Int'l, Ltd.,* No. 02-CV-1357-B (D.N.H.);

- *In re Reliant Energy ERISA Litig.,* No. H-02-2051 (S.D. Tex.);

- *In re AOL Time Warner, Inc. Sec. and ERISA Litig.,* MDL Docket No. 1500 (S.D.N.Y.);

- *Furstenau v. AT&T,* Case No. 02 CV 8853 (D.N.J.);

- *In re AEP ERISA Litig.,* Case No. C2-03-67 (S.D. Ohio);

- *In re JDS Uniphase Corp. ERISA Litig.,* Civil Action No. 03-4743-CW (N.D. Cal.);

- *In re Sprint Corporation ERISA Litig.,* Master File No. 2:03-CV-02202-JWL (D. Kan.);

- *In re Cardinal Health, Inc. ERISA Litig.,* Case No. C 2-04-642 (S.D. Ohio);

- *Spear v. Hartford Fin. Svcs Group. Inc.,* No. 04-1790 (D. Conn.);

---

[1] Formerly known as Izard Nobel LLP (2008-2016), Schatz Nobel Izard, P.C. (2006-2008), and Schatz & Nobel, P.C. (1995-2006).

- *In re Merck & Co., Inc. Sec., Derivative and ERISA Litig.,* MDL No. 1658 (D.N.J.);

- *In re Diebold ERISA Litig.* No. 5:06-CV- 0170 (N.D. Ohio);

- *In re Bausch & Lomb, Inc. ERISA Litig.,* Master File No. 06-CV-6297-MAT-MWP (W.D.N.Y.);

- *In re Hartford Fin. Svcs Group. Inc. ERISA Litig.,* No. 08-1708 (D. Conn.);

- *In re Merck & Co., Inc. Vytorin ERISA Litig.*, MDL No. 1938, 05-CV-1974 (D.N.J.);

- *Mayer v. Admin. Comm. of Smurfit Stone Container Corp.*, 09-CV-2984 (N.D. IL.);

- *In re YRC Worldwide ERISA Litig.,* Case No. 09-CV-02593 (D. Kan);

- *Board of Trustees v. JP Morgan Chase Bank*, Case No. 09-cv-9333 (S.D.N.Y.);

- *White v. Marshall & Ilsley Corp.*, No. 10-CV-00311 (E.D. Wis.);

- *Griffin v. Flagstar Bancorp, Inc.*, No. 2:10-CV-10610 (E.D. Mich.);

- *In re Eastman Kodak ERISA Litig.*, Master File No. 6:12-cv-06051-DGL (W.D.N.Y.);

- *Kemp-DeLisser v. Saint Francis Hospital and Medical Center*, Civil Action No. 3:15-cv-01113-VAB (D. Conn.);

- *Tucker v. Baptist Health System, Inc.*, Case No. 2:15-cv-00382-SLB (N.D.AL.);

- *Cryer v. Franklin Resources, Inc.,* No. 4:16-cv-04265 (N.D. Cal.);

- *Bishop-Bristol v. Massachusetts Mutual Life Insurance Company*, No. 3:16-cv-30082-MGM (D. Mass.);

- *Matthews v. Reliance Trust Company*, No. 1:16-cv-04773 (N.D. Ill.);

- *Brace v. Methodist Le Bonheur Healthcare,* No. 16-cv-2412-SHL-tmp (W.D. Tenn.);

- *Nicholson v. Franciscan Missionaries of our Lady Health Systems,* No. 16-CV-258-SDD-EWD (M.D. LA);

- *In re Mercy Health ERISA Litig.,* No. a:16-cv-441 (S.D. Ohio);

- *Negron v. Cigna Corp.,* No. 3:16-cv-01702 (D. Conn.);

- *Schultz v. Edward D. Jones & Co.,* No. 4:16-cv-01346 (E.D. Mo.);

- *Larson v. Allina Health Syst.,* No. 0:17-cv-03835 (D. Minn.);

2

- *Johnson v. Providence Health & Services,* No. 2:17-cv-01779 (W.D. Wash.);

- *Berry v. Wells Fargo & Co.,* No. 3:17-304 (D.S.C.);

- *Neufeld v. Cigna Health & Life Ins.,* No. 3:17-cv-01693 (D. Conn.);

- *Myers v. 401(k) Fiduciary Comm. for Seventy Seven Energy,* No. 5:17-cv-00200 (D. Okl.);

- *Quatrone v. Gannett Co., Inc.,* No. 1:18-cv-00325 (E.D. Va);

- *Reidt v. Frontier Communications Corp.,* No. 3:18-cv-01538 (D. Conn.);

- *Sohmer v. UnitedHealth Group, Inc.,* No. 0:18-cv-03191 (D. Minn.);

- *Masten v. Metropolitan Life Ins. Co.,* No. 1:18-cv-11229 (S.D.N.Y.)

- *Smith v. U.S. Bancorp,* No. 0:18-cv-03405 (D. Minn.);

- *Mannino v. Louisiana Health Serv. & Indemnity Co.,* No. 3:19-cv-00185 (M.D. La.);

- *Herndon v. Huntington-Ingalls Industries, Inc.,* No. 4:19-cv-00052 (E.D. Va.);

- *Belknap v. Partners Healthcare System, Inc.,* No. 1:19-cv-11437 (D. Mass.);

- *Cruz v. Raytheon Co.,* No. 1:19-cv-11425 (D. Mass.);

- *Smith v. Rockwell Automation Inc.,* No. 2:19-cv-00505 (E.D. Wisc.);

- *Brown v. United Parcel Service, Inc.,* No. 1:20-cv-00460-MLB (N.D. GA);

- *Berube v. Rockwell Automation Inc.,* No. 2:20-cv-01783 (E.D. Wisc.); and

- *Shafer v. Morgan Stanley,* 1:20-cv-11047 (S.D.N.Y.).

Moreover, IKR was also appointed to the Steering Committee in *Tittle v. Enron Corp.,* No. H-01-3913 (S.D. Tex.); *In re Electronic Data Systems ERISA Litig.,* 3:02-CV-1323 (E.D. Tex.); and *In re Marsh ERISA Litig.*, Master File No. 04 CV 8157 (S.D.N.Y.).

Our notable successes include settlements against the Franciscan Missionaries of Our Lady Health System ($125 million), Saint Francis Hospital and Medical Center ($107 million); AOL Time Warner ($100 million); Wells Fargo ($79 million); Tyco International ($70.5 million);

3

Raytheon ($59 million); Merck ($49.5 million); Cardinal Health ($40 million); and AT&T ($29 million). Moreover, IKR was on the Executive Committee in *In re Enron Corporation Securities and ERISA Litig.*, No. 02-13624 (S.D. Tex.), which resulted in a recovery in excess of $250 million.

Numerous courts have recognized IKR's superior expertise in ERISA actions of this type. In particular, in *In re Merck Sec., ERISA and Deriv. Litig.*, the court stated, "[w]hat is clear is that Schatz & Nobel [now IKR] does have substantial experience in this area and much more experience than other contenders." *In re Merck Sec., ERISA and Deriv. Litig.*, No. 05 1157, (D.N.J.) (Transcript of proceedings on Apr. 18, 2005). Similarly, the court in *In re Tyco International, Ltd., Securities Litig.* found that IKR and its co-counsel "have the necessary resources, skill and commitment to effectively represent the proposed class" and "extensive experience in both leading class actions and prosecuting ERISA claims." *In re Tyco International, Ltd. Sec. Litig.*, Case No. 02 1335, slip op. at 2 (D.N.H. Dec. 18, 2002). In *Cardinal Health*, the court also noted IKR's "extensive experience in ERISA litigation," the "high level of ERISA expertise" and "several well-argued briefs . . . on a range of issues." *In re Cardinal Health, Inc. ERISA Litig.*, 225 F.R.D.552, 555-556 (S.D. Ohio Jan. 14, 2005). In *Berry v. Wells Fargo,* the court found that IKR and its co-counsel "displayed extraordinary skill and determination throughout this litigation which fully supports their well-known reputation and clear ability to handle a case of this magnitude." Slip. Op., No. 3:17-cv-00304, Dkt. No. 175, at 25 (D.S.C. July 29, 2020). In *Kemp-DeLisser v. St. Francis Hosp. & Medical Ctr.*, No. 15-cv-1113, 2016 WL 6542707, * 16 (D. Conn. Nov. 3, 2016), the Court described IKR as a "national leader[] in class action litigation and ERISA matters."

4

Courts have recognized the superior results that IKR has obtained as a result of its experience.  In approving the *Sprint ERISA Litig.* settlement, the court found, "[t]he high quality of [IKR's] work culminated in the successful resolution of this complex case" and that "the results obtained by virtue of the settlement are extraordinary. . . ."  *In re Sprint Corp. ERISA Litig.*, No. 03 2202, slip op. at 33, 35 (D. Kan. Aug. 3, 2006).  The District Court's decision approving the settlement negotiated by IKR in the *St. Francis* litigation similarly found the result to be "an extremely favorable one for the class," noting that the recovery achieved by the settlement represented over 76 percent of the amount by which the retirement plan was alleged to be underfunded.  *Kemp-DeLisser v. Saint Francis Hosp. & Med. Ctr.,* No. 15-CV-1113 (VAB), 2016 WL 6542707, at *10 (D. Conn. Nov. 3, 2016).  The Court also noted that IKR's time and efforts "resulted in an extremely efficient and favorable resolution of the case."  *Id.* at *5.  Similarly, the *Wells Fargo* court noted that the settlement in that case "is the largest recovery in a 'top hat' case in the history of ERISA."    Slip. Op., No. 3:17-cv-00304, Dkt. No. 175, at 25 (D.S.C. July 29, 2020).

In the AOL Time Warner ERISA case, the Independent Fiduciary retained to review the $100 million settlement on behalf of the AOL Time Warner retirement plans expected the case to settle for only $70 million.  *In re AOL Time Warner, Inc. Sec. and ERISA Litig.*, No. 02-CV-1500 (S.D.N.Y), Report & Recommendation of Special Master dated August 7, 2007 at 7, approved by the Court by Memorandum Opinion dated October 26, 2007. The Special Master reviewing an application for attorneys' fees found that in addition to the fact that the quality of counsel's work was "impressive," "[e]ven more importantly, they used the mediation process to persuade reluctant and determined defendants to part with settlement dollars well above

those expected." *Id*. at 30.   According to the Special Master, obtaining an additional $30 million for the class stands out as "some of the hardest work and most outstanding results" obtained by IKR and its co-counsel. *Id*. at 37.  In negotiating this extraordinary settlement, IKR "stretched the defendants' settlement tolerances beyond their limits." *Id*.  Moreover, the Court found that IKR worked with great efficiency.   After conducting a "moderately detailed examination of counsels' actual time records," the Special Master lauded the efficiency with which counsel litigated such a large case which inherently tends to produce inefficiencies.  *Id*. at 26, 43.

In approving the $49.5 million settlement in *In re Merck & Co., Inc. Securities, Derivative & ERISA Litig.*, in which IKR served as Chair of the Lead Counsel Committee, the Court stated that it was an "extremely successful and extremely appropriate and reasonable settlement."  *In re Merck & Co., Inc. Securities, Derivative & ERISA Litig.*, No. 05-2369, (D.N.J.) (Transcript of proceedings on Nov. 29, 2011 at 15).

In the *Tyco ERISA* case, the court stated that the $70.525 million settlement in an "extraordinarily complex case factually" was "outstanding," and "an extraordinary settlement given the circumstances of the case and the knowledge that [the Court] has about the risks that the plaintiff class faced in pursuing this matter to verdict."  *In re Tyco International, Ltd., Securities Litig*., No. 02-1335-B, (D. N.H.)(Transcript of proceedings on Nov. 18, 2009 at 11, 31, 41, 61).

Similarly, in the *Flagstar* case, Court found that the settlement that represented 85% of likely recoverable damages was an "excellent result" as a result of the unquestionable "skill and expertise of [IKR and its co-counsel] who are nationally known for their successful

representation of ERISA clients in class action matters." *Griffin v. Flagstar Bancorp, Inc.*, No.

2:10-CV-10610 (E.D. Mich.) (Order and Opinion dated Dec. 12, 2013 at 8, 15-16.)

IKR's ERISA team is led by Robert A. Izard.  In approving the *Tyco* settlement, Judge Paul

Barbadoro, Chief Judge of the District of New Hampshire, stated with respect to Mr. Izard:

> I have a high regard for you. I know you to be a highly experienced ERISA
> class action lawyer. You've represented your clients aggressively,
> appropriately and effectively in this litigation, and I have a high degree of
> confidence in you so I don't think there's any question that the quality of
> counsel here is a factor that favor's the Court's endorsement of the
> proposed settlement....
>
> I have enjoyed working with you in this case. You've always been helpful.
> You've been a gentleman. You've been patient when I've been working
> on other matters….

*In re Tyco International, Ltd., Securities Litig*., No. 02-1335-B, (D. N.H.)(Transcript of proceedings

on Nov. 18, 2009 at 74-75).

## ATTORNEYS

*Robert A. Izard* heads the firm's ERISA team and has been lead or co-lead counsel in many of the nation's most significant ERISA class actions, including cases against Raytheon, Wells Fargo, JP Morgan, Metropolitan Life, United Healthcare, Cigna, Merck, Time Warner, AT&T, Fidelity, Prudential and John Hancock among others. Mr. Izard has substantial experience in other types of complex class action and commercial litigation matters.  For example, he represented a class of milk purchasers in a price fixing case. He also represented a large gasoline terminal in a gasoline distribution monopolization lawsuit.

As part of his thirty-five plus years litigating complex commercial cases, Mr. Izard has substantial jury and nonjury trial experience, including a seven-month jury trial in federal district court. He is also experienced in various forms of alternative dispute resolution, including mediation and arbitration.

Mr. Izard is the author of Lawyers and Lawsuits: A Guide to Litigation published by Simon and Schuster and a contributing author to the Mediation Practice Guide.  He is the former Chair of the Commercial and Business Litigation Committee of the Litigation Section of the American Bar Association. He is listed in Best Lawyers in the areas of ERISA and antitrust litigation. He is listed in Super Lawyers in the areas of class action and business litigation.

Mr. Izard received his B.A. from Yale University and his J.D., with honors, from Emory University, where he was elected to the Order of the Coif and was an editor of the Emory Law Journal.

*Craig A. Raabe* joined the partnership from a large, regional law firm, where he previously served as the chair of the litigation department. Mr. Raabe has a nationwide

8

practice, and he has tried many complex civil and criminal cases. He is a Fellow in the American College of Trial Lawyers. The Best Lawyers in America© (Copyright by Woodward/White, Inc., Aiken, SC) has named Mr. Raabe as the regional "Lawyer of the Year" in the areas of Bet-the-Company Litigation, Antitrust Litigation (3 times), White-Collar Criminal Defense (2 times), and Intellectual Property Litigation (2 times). He also has been listed generally in The Best Lawyers in America© since 2006, most recently in seven disciplines: Bet-the-Company Litigation, Antitrust Litigation, Commercial Litigation, White-Collar Criminal Defense, General Criminal Defense, Intellectual Property Litigation, and Regulatory Enforcement (SEC, Telecom, Energy) Litigation. Chambers and Partners©  has named Mr. Raabe to its highest level of recognition, Band 1, in the area of General Commercial Litigation and White-Collar Crime and Government Investigations. In addition, he has been honored repeatedly as one of the Top 10 Lawyers in Connecticut by Super Lawyers® 2022 (Super Lawyers is a registered trademark of Key Professional Media, Inc.).

Mr. Raabe's commercial trial experience is broad and includes areas such as antitrust, government contracting, fraud, intellectual property, and unfair trade practices. Mr. Raabe has prosecuted, defended, and tried many class actions in areas including antitrust, fraud, unfair trade practices, securities, ERISA, and breach of contract. He also has tried many serious felony criminal cases in state and federal court and is active in the criminal defense trial bar. As part of his commitment to public service, Mr. Raabe has handled and tried significant court-appointed criminal matters, including death penalty litigation. Mr. Raabe also served as court-appointed trial counsel and exonerated a man who served 30 years in prison for a homicide with which he had no involvement. Mr. Raabe then brought a civil rights action against numerous defendants,

9

obtained summary judgment against Dr. Henry Lee for fabricating key evidence, and negotiated a substantial eight-figure settlement. In addition to his trial practice, Mr. Raabe counsels clients on compliance issues and the resolution of regulatory enforcement actions by government agencies.

By appointment of the chief judge of the Second Circuit, Mr. Raabe has served on the Reappointment Committee for Connecticut's federal defender. The chief judge of the Connecticut district court appointed him to chair the United States Magistrate Reappointment Committee and to serve on the Merit Selection Panel for Magistrate Judges. By appointment of the district judges, he has served two terms on Connecticut's Criminal Justice Act Standing Committee.  In 2012, the Connecticut district court judges selected Mr. Raabe for the district's Pro Bono Award for his service to indigent clients. He also has served as co-chair of the Connecticut Bar Association's Federal Practice, as an officer of the Antitrust Section and as a Special Master in the Connecticut Superior Court.

Mr. Raabe is admitted to practice in the U.S. Supreme Court, the Courts of Appeals for the First, Second, and D.C. Circuits, the U.S. District Courts for Connecticut and the Eastern and Southern Districts of New York, the U.S. Tax Court and the state of Connecticut. He is an honors graduate of Valparaiso University and Western New England College of Law, where he served as Editor-in-Chief of the Law Review. Following graduation, Mr. Raabe served as the law clerk for the Honorable Arthur H. Healey of the Connecticut Supreme Court.

Mr. Raabe is a commercial, instrument-rated pilot and is active in general aviation. He serves as a volunteer pilot for Angel Flight Northeast, which provides free air transportation to people requiring serious medical care.

**Seth R. Klein** has been an attorney at Izard Kindall & Raabe LLP for nearly twenty years, focusing on both class action and complex civil litigation in areas including ERISA, consumer protection, securities and antitrust law.

In recent years Mr. Klein's class action work has resulted in significant class-wide recoveries. For example, in Paetzold v. Metropolitan District Commission (Conn. Super.), his team successfully recovered full damages against a quasi-public agency for wrongful excess billing of water customers. He also worked on the successful recovery of tens of millions of dollars for consumers wrongfully charged excessive electricity rates by several different third-party suppliers in Richards v. Direct Energy Services LLC (D. Conn.); Edwards v. North American Power & Gas LLC (D. Conn); Sanborn v. Viridian Energy, Inc. (D. Conn.); Chandler v. Discount Power (Conn. Super.); Gruber v. Starion Energy, Inc. (Conn. Super.); and Jurich v. Verde Energy USA, Inc. (Conn. Super.).

In addition, Mr. Klein has worked on teams that have successfully represented high net worth individuals on complex civil matters as both plaintiff and defendant, including at trial.

Mr. Klein's current class cases include litigation against several of the largest United States real estate companies for the alleged charging of anticompetitive commissions (Nosalek v. MLS Property Information Network (D. Mass)) and several class actions against companies alleged to have overcharged patients for medical and prescription drug benefits (Negron v. Cigna Health and Life Insurance Company (D. Conn.); Neufeld v. Cigna Health and Life Insurance Company (D. Conn.); Bennett v. Blue Cross and Blue Shield of Louisiana (M.D. La.); Mohr-Lercara v. Oxford Health Ins., Inc. (S.D.N.Y.); and Sohmer v. UnitedHealth Group Inc. (D. Minn.)).

Mr. Klein also continues to represent individual clients in complex civil matters, including representation of an unjustly convicted former inmate to recover damages for the police misconduct that led to his wrongful imprisonment. He also is representing a regulated entity against the Connecticut Department of Banking in a variety of complex administrative and court proceedings.

Prior to joining Izard Kindall and Raabe, Mr. Klein was associated with the reinsurance litigation group at Cadwalader, Wickersham & Taft LLP in New York, where he focused on complex business disputes routinely involving hundreds of millions of dollars. Before that, Mr. Klein served as an Assistant Attorney General for the State of Connecticut, where he specialized in consumer protection matters and was a founding member of the office's electronic commerce unit. Mr. Klein is a 1996 graduate of the University of Michigan law school and clerked for the Hon. David M. Borden of the Connecticut Supreme Court upon graduation.

***Christopher M. Barrett*** is an attorney at Izard, Kindall & Raabe, LLP where his practice focuses on representing plaintiffs in class actions against large companies, representing clients in complex civil litigation, and defending and counseling white collar criminal defendants.

Mr. Barrett is a member of teams currently prosecuting class actions against companies alleged to have overcharged patients for medical and prescription drug benefits, including: Negron v. Cigna Health and Life Insurance Company; Neufeld v. Cigna Health and Life Insurance Company; Bennett v. Blue Cross and Blue Shield of Louisiana; Mohr-Lercara v. Oxford Health Ins., Inc.; and Sohmer v. UnitedHealth Group Inc.  Mr. Barrett is also a member of a team prosecting claims alleging antitrust violations against some of the largest real estate companies in the country, in Nosalek v. MLS Property Information Network et al.

He has previously been involved in the prosecution of numerous successful class actions in which over $150 million dollars have been recovered for class members, including: Paetzold v. Metropolitan District Commission ($7.7 million, representing 100% of class losses); Medoff v. CVS Caremark Corp. ($48 million recovery); Citiline Holdings, Inc. v. iStar Fin. Inc. ($29 million recovery); Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC ($14 million recovery); In re Delphi Fin. Group Shareholder Litigation ($49 million recovery); and In re OSG Sec. Litigation ($34 million recovery, representing 93% of bond purchasers' damages and 28% of stock purchasers' damages).

Mr. Barrett also represents plaintiffs who are unable to afford legal counsel. He has served as trial counsel in significant federal felony cases and as a volunteer attorney on the District of Connecticut's Civil Pro Bono Panel.

Prior to joining Izard, Kindall & Raabe, Mr. Barrett was associated with Robbins Geller Rudman & Dowd, where his practice focused on prosecuting class actions on behalf of plaintiffs, and Mayer Brown, where his practice focused on complex commercial litigation.

Mr. Barrett is a member of the Connecticut and New York bars and is admitted to practice in the District of Connecticut, the Southern District of New York, the Eastern District of New York, and the Court of Appeals for the Second Circuit.

In 2015 through 2020, Mr. Barrett was recognized by Super Lawyers magazine as a Rising Star. Mr. Barrett received his J.D., magna cum laude from Fordham University School of Law where he served as a member of the Fordham Law Review and was inducted into the Order of the Coif and the honor society Alpha Sigma Nu. For his work in the law school's law clinic, he was awarded the Archibald R. Murray Public Service Award. He earned his B.S. in

Finance from Long Island University. During law school, Mr. Barrett served as a judicial intern to United States District Judge Shira Sheindlin (S.D.N.Y.), United District Judge Thomas Platt (E.D.N.Y.) and New York Supreme Court Justice Stephen Bucaria.