

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 24, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:     *Sheresky v. United States*, No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

      I write respectfully on behalf of all parties pursuant to paragraph 10(c) of the Court's Amended Civil Case Management Plan and Scheduling Order ("Amended CMO"), ECF No. 44, to propose a date for the filing of the administrative record and a schedule for briefing any motion by Plaintiffs related to the completeness of the record.[1]

      The parties have repeatedly and constructively met and conferred regarding the administrative record. Based on the parties' discussions, including consideration of the time needed by the Department of Labor to complete a document review necessary for the administrative record, the parties now propose the following schedule:

- Defendants will serve a proposed final administrative record by **June 30, 2026**. This proposed final administrative record will be the record that Defendants are prepared to file as the certified administrative record, absent any remaining concerns raised by Plaintiffs regarding the completeness of the record.

- Between **June 30, 2026**, and **July 17, 2026**, the parties will meet and confer regarding any disputes over the completeness of the proposed final administrative record.

- Defendants will file the certified administrative record by **July 17, 2026**.

- Plaintiffs will serve any motion regarding the completeness of the administrative record by **July 24, 2026**.

- Defendants will serve their opposition to such motion by **August 14, 2026**.

- Plaintiffs will serve their reply by **August 28, 2026**.

---

[1] As authorized by both the original Case Management Order ("CMO"), ECF No. 35, and the Amended CMO, the parties extended the deadline for submission of this letter by joint written consent.  CMO ¶ 10; Amended CMO ¶ 10.

The parties jointly respectfully request the Court enter these deadlines as an order of Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/ Robert William Yalen*
ROBERT WILLIAM YALEN
Assistant United States Attorney
Tel.:    (212) 637-2722
Email: robert.yalen@usdoj.gov

cc (by ECF):   Counsel for Plaintiffs

2