

**MotleyRice®**
LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."

–Ron Motley (1944–2013)

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
**o.** 860.882.1681   **f.** 860.882.1682

**Mathew P. Jasinski**
*Licensed in CT, NY*
direct: 860.218.2725
mjasinski@motleyrice.com

May 1, 2026

**VIA ECF**

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re: *Sheresky v. United States*, No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

On behalf of the plaintiffs, I write respectfully to request that the status conference scheduled for Wednesday, May 6, 2026, at 11:00 a.m., *see* ECF No. 65, be conducted telephonically (or by other remote means) if the Court is amenable to doing so. Counsel for Defendants consents to this request.

The basis for this request is that the undersigned counsel for Plaintiffs is available to appear on Wednesday but is located in Hartford, Connecticut, and would need to travel approximately 2.5 hours each way to attend the conference in person. Conducting the conference telephonically would allow all counsel to participate efficiently while avoiding the time and expense associated with this travel.

That said, counsel for both sides are fully prepared to appear in Court in person if Your Honor prefers. We defer to the Court's preference and will make ourselves available in whatever manner the Court deems appropriate.

Very truly yours,

*/s/ Mathew P. Jasinski*

Mathew P. Jasinski

cc: All counsel of record (via CM/ECF)

**MEMO ENDORSED:** The application is granted. The Court will conduct the conference by telephone. The parties are directed to call the dial-in number 1-855-244-8681 and enter access code 2313 155 6484.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: May 4, 2026