UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SHERESKY, JEFFREY SAMSEN, and
NICHOLAS SUTRO,

                Plaintiffs,

               - against -

UNITED STATES OF AMERICA,

LORI CHAVEZ-DEREMER, in her official capacity
as Secretary of the United States Department of
Labor;

DANIEL ARONOWITZ, in his official
capacity as Assistant Secretary of the United States
Department of Labor; and

JANET DHILLON, in her official capacity as
Principal Deputy Assistant Secretary of the United
States Department of Labor,

                Defendants.

**ORDER**

25 Civ. 8935 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       As set forth in the parties' letter dated April 24, 2026 (Dkt. No. 64), and as

discussed during today's conference, the preparation of the administrative record will proceed in

accordance with the following schedule:

- Defendants will serve a proposed final administrative record by **June 30, 2026**. This
  proposed final administrative record will be the record that Defendants are prepared to
  file as the certified administrative record, absent any remaining concerns raised by
  Plaintiffs regarding the completeness of the record.

- Between **June 30, 2026**, and **July 17, 2026**, the parties will meet and confer regarding
  any disputes over the completeness of the proposed final administrative record.

- Defendants will file the certified administrative record by **July 17, 2026**.

Dated:  New York, New York
      May 6, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2