# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>      Defendants. | No. 25-cv-08935<br><br>Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJDUDICE BY PLAINTIFFS STEVE SHERESKY AND JEFFREY SAMSEN** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Steve Sheresky and Jeffrey Samsen, through their counsel, hereby voluntarily, and without prejudice, dismiss their claims in the above-captioned action against Defendants (United States of America, Lori Chavez-DeRemer, Daniel Aronowitz, and Janet Dhillon). Defendants have not filed an answer to the complaint in this action, nor have they filed a motion for summary judgment. This action will continue with Nicholas Sutro as named plaintiff. *See* 8 Moore's Federal Practice - Civil § 41.21 (2026) ("[C]ourts have held that Rule 41(a) permits fewer than all plaintiffs to withdraw from an action").

Date: June 11, 2026

Thomas R. Ajamie
AJAMIE LLP
150 East 58th Street, 29th Floor
New York, NY 10155
(713) 860-1600
tajamie@ajamie.com

John S. "Jack" Edwards, Jr.
Courtney D. Scobie
AJAMIE LLP
711 Louisiana St., Suite 1600
Houston, TX 77002
(713) 860-1600
jedwards@ajamie.com
cscobie@ajamie.com

Alan L. Rosca
Paul Scarlato
Lisa Fish
ROSCA SCARLATO LLC
Main Office:
2000 Auburn Dr. Suite 200
Beachwood, OH 44122
(216) 946-7070
arosca@rscounsel.law
pscarlato@rscounsel.law
lfish@rscounsel.law

Respectfully submitted,

*/s/ Mathew P. Jasinski*
Mathew P. Jasinski
F. Franklin Amanat
Douglas P. Needham
Riley Breakell
MOTLEY RICE LLC
20 Church St., 17th Floor
Hartford, CT 06103
(860) 882-1681
mjasinski@motleyrice.com
famanat@motleyrice.com
dneedham@motleyrice.com
rbreakell@motleyrice.com

*New York Office:*
800 Third Avenue, Suite 2401
New York, NY 10022

Seth Klein (*pro hac vice* pending)
IZARD, KINDALL & RAABE, LLP
29 South Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
sklein@ikrlaw.com

The Clerk of Court is directed not to close this case.

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.

Dated: June 12, 2026