**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>    Defendants. | No. 25-cv-08935<br><br>Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Civil Rule 1.4(b), the undersigned respectfully moves for leave to withdraw their appearance as counsel of record for the Plaintiffs. In support of this motion, the undersigned represents:

1. I am resigning from Motley Rice LLC and will no longer be associated with the firm as of June 27, 2026.

2. Other Motley Rice attorneys have appeared on behalf of the Plaintiffs and remain in the case, as do attorneys at Ajamie LLP and Rosca Scarlato LLC.

3. I sent a copy of this Motion to Withdraw Appearance to via first-class mail to the last known address of each Plaintiff on June 25, 2026.

WHEREFORE, the undersigned respectfully requests that their Motion to Withdraw Appearance be granted.

Dated: June 25, 2026

Respectfully submitted,

By: */s/ Riley Breakell*
Riley Breakell
Motley Rice LLC
20 Church St. 17th Floor
Hartford, CT 06103
Tel.: (860) 218-2727
Fax: (860) 882-1682
rbreakell@motleyrice.com