**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>      Defendants. | No. 25-cv-08935<br><br>Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.) |

**CERTIFICATE OF SERVICE FOR MOTION TO WITHDRAW APPEARANCE**

I, Riley Breakell, affirm that on June 25, 2026: (1) I sent a copy of the Motion to Withdraw Appearance via first-class mail to the last known address of Plaintiffs Steve Sheresky, Jeffrey Samsen, and Nicholas Sutro; and (2) I electronically filed the Motion to Withdraw Appearance with the Clerk of Court for the United States District Court for the Southern District of New York by using the CM/ECF system, and that all parties in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: June 25, 2026

Respectfully submitted,

By: */s/ Riley Breakell*
Riley Breakell
Motley Rice LLC
20 Church St. 17th Floor
Hartford, CT 06103
Tel.: (860) 218-2727
Fax: (860) 882-1682
rbreakell@motleyrice.com