## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SHERESKY, JEFFREY SAMSEN, and NICHOLAS SUTRO,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the United States Department of Labor;<br><br>DANIEL ARONOWITZ, in his official capacity as Assistant Secretary of the United States Department of Labor; and<br><br>JANET DHILLON, in her official capacity as Principal Deputy Assistant Secretary of the United States Department of Labor,<br><br>     Defendants. | No. 25-cv-08935<br><br>Related to Shafer v. Morgan Stanley, No. 1:20-cv-11047 (S.D.N.Y.) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4(b), the undersigned respectfully moves for leave to withdraw their appearance as counsel of record for the Plaintiffs. In support of this motion, the undersigned represents:

1. I am resigning from Motley Rice LLC and will no longer be associated with the firm as of June 27, 2026.

2. Other Motley Rice attorneys have appeared on behalf of the Plaintiffs and remain in the case, as do attorneys at Ajamie LLP and Rosca Scarlato LLC.

3.  I sent a copy of this Motion to Withdraw Appearance to via first-class mail to the last

known address of each Plaintiff on June 25, 2026.

WHEREFORE, the undersigned respectfully requests that their Motion to Withdraw

Appearance be granted.

Dated: June 25, 2026                              Respectfully submitted,

                                                 By: /s/ Riley Breakell
                                                 Riley Breakell
                                                 Motley Rice LLC
                                                 20 Church St. 17th Floor
                                                 Hartford, CT 06103
                                                 Tel.: (860) 218-2727
                                                 Fax: (860) 882-1682
                                                 rbreakell@motleyrice.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: July 8, 2024