

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 14, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:     *Sheresky v. United States*, No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

      I write respectfully on behalf of all parties to respectfully request a four-week extension of the deadline for filing the administrative record in this matter, **from July 17, 2026, to August 14, 2026**.

      As provided in the Court's May 6, 2026 order, ECF No. 68, on June 30, 2026, defendants served a proposed administrative record on counsel for plaintiffs. As anticipated by the Court's order, the parties now intend to meet and confer regarding the content of the administrative record, in the hopes of narrowing or limiting any disputes about its completeness.  However, the parties believe that it is unlikely that they will be able to complete this meet and confer process in time for defendants to file a final administrative record by the current July 17 deadline.  Accordingly, the parties jointly request that the deadline be extended to August 14, 2026, so that the record ultimately filed can reflect the outcome of this meet and confer process.

      This is the parties' first request for an extension of this deadline.  The extension will not affect any other deadlines under this Court's orders.

      We thank you for your consideration of this request.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

      By:    */s/ Robert William Yalen*
              ROBERT WILLIAM YALEN
              Assistant United States Attorney
              Tel.:   (212) 637-2722
              Email: robert.yalen@usdoj.gov

cc (by ECF):   Counsel for Plaintiffs