

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 12, 2026

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated:  August 13, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Sheresky v. United States*, No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

I write respectfully on behalf of all parties to request an additional five-week extension of the deadline for filing the administrative record in this matter, from **August 14, 2026,** to **September 18, 2026**.

As provided in the Court's May 6, 2026 order, ECF No. 68, on June 30, 2026, defendants served a proposed administrative record on counsel for plaintiffs. As anticipated by the Court's order, the parties have engaged in a meet-and-confer process regarding the content of the administrative record, in the hope of narrowing or clarifying any disputes about the record's completeness. The parties request additional time for filing the record because these discussions continue and, once they are completed, the defendants will need time to prepare final copies and a certification of the record. Accordingly, the parties jointly request that the deadline for filing the record be extended to September 18, 2026.

This is the parties' second request for an extension of this administrative record filing deadline. The first request was granted. ECF No. 75. The extension will not affect any other deadlines under this Court's orders.

We thank you for your consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By:    */s/ Robert William Yalen*
ROBERT WILLIAM YALEN
Assistant United States Attorney
Tel.:    (212) 637-2722
Email: robert.yalen@usdoj.gov

cc (by ECF):  Counsel for Plaintiffs