**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEVE SHERESKY, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

25 Civ. 8935 (PGG)

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to the Court's Orders dated May 6, 2026 [ECF. No. 68] and August 13, 2026 [ECF No. 77], Defendants herewith file a copy of the Administrative Record of the Advisory Opinion entitled "Advisory Opinion 2025-03A" published on September 9, 2025, by the Employee Benefits Security Administration of the United States Department of Labor, which is at issue in this litigation. The Certification and Index of that Administrative Record are also attached to this Notice.

Dated: September 18, 2026
New York, New York

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Robert William Yalen
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2722
Email: robert.yalen@usdoj.gov