**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE SHERESKY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | 25 Civ. 8935 (PGG) |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Daniel Aronowitz, am Assistant Secretary of the Employee Benefits Security Division at the United States Department of Labor. I hereby certify, to the best of my knowledge and belief, that the documents numbered DOLAR0001 through DOLAR1152, as provided to me by Department staff, comprise the complete administrative record for Advisory Opinion No. 2025-03A published on September 9, 2025, by the Employee Benefits Security Administration. The documents are identified in the attached Administrative Record Index.

The administrative record consists of the advisory opinion, pre-decisional communications between the Department and any external party (including the requester), and materials obtained from external sources (including the requester) prior to the agency action. The record does not include internal Departmental materials, except to the extent that they describe third party communications or information that is not otherwise in the record. The record does not include deliberative, privileged, or non-substantive materials. In assembling the record, the scope of electronic documents reviewed by the Department was determined by agreement with plaintiffs.

Dated: September 9, 2026

______________________________

Daniel Aronowitz, Assistant Secretary
Employee Benefits Security Administration
U.S. Department of Labor
200 Constitution Avenue NW
Washington, DC 20210