**Administrative Record Index for "Advisory Opinion 2025-03A" (September 9, 2025)**

| **1. Advisory Opinion 2025-03A** | |
|---|---|
| Employee Benefits Security Administration, U.S. Department of Labor, Advisory Opinion No. 2025-03A (Sept. 9, 2025) | DOLAR0001-06 |

| **2. Request for Advisory Opinion** | |
|---|---|
| Letter from Greg Jacobs, Request for Advisory Opinion on Application of ERISA to Deferred Incentive Compensation Awards Issued to Morgan Stanley Financial Advisors (Aug. 1, 2024) | DOLAR0007-14 |

| **3. Other Materials Provided by Requester** | |
|---|---|
| Morgan Stanley, Financial Advisor/Private Wealth Advisor Compensation Plan, Growth Award and Recognition Programs 2015 (as of Jan. 12, 2015) | DOLAR0015-46 |
| Morgan Stanley, Award Certificate for Stock Units for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2015) | DOLAR0047-66 |
| Morgan Stanley, Stock Unit Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2015) | DOLAR0067-74 |
| Morgan Stanley, Award Certificate for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2015) | DOLAR0075-92 |
| Morgan Stanley, Award Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2015) | DOLAR0093-100 |
| Morgan Stanley, Financial Advisor/Private Wealth Advisor Compensation Plan, Growth Award and Recognition Programs 2016 (as of Mar. 10, 2026) | DOLAR0101-132 |
| Morgan Stanley, Award Certificate for Stock Units for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2016) | DOLAR0133-152 |
| Morgan Stanley, Stock Unit Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2016) | DOLAR0153-160 |

| | |
|---|---|
| Morgan Stanley, Award Certificate for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2016) | DOLAR0161-178 |
| Morgan Stanley, Award Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2016) | DOLAR0179-186 |
| Morgan Stanley, Financial Advisor/Private Wealth Advisor 2018 Compensation Plan, Lending Growth Award and Recognition Programs (as of Dec. 19, 2018) | DOLAR0187-220 |
| Morgan Stanley, Award Certificate for Stock Units for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2018) | DOLAR0221-240 |
| Morgan Stanley, Award Certificate for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2018) | DOLAR0241-258 |
| Morgan Stanley, Stock Unit Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2018) | DOLAR0259-268 |
| Morgan Stanley, Award Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2018) | DOLAR0269-276 |
| Morgan Stanley, Financial Advisor/Private Wealth Advisor 2019 Compensation Plan, Lending Growth Award and Recognition Programs (as of Apr. 4, 2019) | DOLAR0277-312 |
| Morgan Stanley, Award Certificate for Stock Units for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2019) | DOLAR0313-332 |
| Morgan Stanley, Award Certificate for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2019) | DOLAR0333-350 |
| Morgan Stanley, Stock Unit Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2019) | DOLAR0351-360 |
| Morgan Stanley, Award Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2019) | DOLAR0361-368 |

| | |
|---|---|
| Morgan Stanley, Financial Advisor/Private Wealth Advisor 2020 Compensation Plan, Lending Growth Award and Recognition Programs (as of Feb. 26, 2020) | DOLAR0369-402 |
| Morgan Stanley, Award Certificate for Stock Units for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2020) | DOLAR0403-424 |
| Morgan Stanley, Award Certificate for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2020) | DOLAR0425-442 |
| Morgan Stanley, Stock Unit Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2020) | DOLAR0443-452 |
| Morgan Stanley, Award Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2020) | DOLAR0453-460 |
| Morgan Stanley, Financial Advisor/Private Wealth Advisor 2021 Compensation Plan, Lending Growth Award and Recognition Programs (as of Jan. 20, 2021) | DOLAR0461-492 |
| Morgan Stanley, Award Certificate for Stock Units for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2021) | DOLAR0493-514 |
| Morgan Stanley, Award Certificate for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2021) | DOLAR0515-532 |
| Morgan Stanley, Stock Unit Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Equity Incentive Compensation Plan (2021) | DOLAR0533-542 |
| Morgan Stanley, Award Summary Description for Discretionary Retention Awards, Wealth Management Financial Advisor/Private Wealth Advisor Awards, Morgan Stanley Compensation Incentive Plan (2021) | DOLAR0543-550 |
| Morgan Stanley, Financial Advisor/Private Wealth Advisor 2021 Compensation Plan and Recognition Programs - Detailed (as of Jan. 20, 2021) | DOLAR0551-580 |
| Morgan Stanley MSCIP/EICP Award Distribution Data | DOLAR0581-586 |
| Memorandum Opinion and Order, *Schafer v. Morgan Stanley*, No. 20 Civ. 11047 [ECF No. 86] (S.D.N.Y. Nov. 21, 2023) | DOLAR0587-642 |

| | |
|---|---|
| Memorandum Opinion and Order, *Schafer v. Morgan Stanley*, No. 20 Civ. 11047 [ECF No. 99] (S.D.N.Y. Nov. 5, 2024) | DOLAR0643-676 |
| Office of Pension and Welfare Benefit Programs, U.S. Department of Labor, Advisory Opinion No. 2002-13A (Dec. 6, 2002) | DOLAR0677-679 |
| Office of Pension and Welfare Benefit Programs, U.S. Department of Labor, Advisory Opinion No. 98-02A (Mar. 6, 1998) | DOLAR0680-682 |
| Office of Pension and Welfare Benefit Programs, U.S. Department of Labor, Advisory Opinion No. 89-07A (Apr. 27, 1989) | DOLAR0683-684 |
| Office of Pension and Welfare Benefit Programs, U.S. Department of Labor, Advisory Opinion No. 82-29A (July 2, 1982) | DOLAR0685-687 |
| Office of Pension and Welfare Benefit Programs, U.S. Department of Labor, Advisory Opinion No. 79-20A (Mar. 19, 1979) | DOLAR0688-689 |
| Office of Pension and Welfare Benefit Programs, U.S. Department of Labor, Advisory Opinion 79-15A (Mar. 12, 1979) | DOLAR0690-692 |
| Excerpts, Notice of Proposed Rulemaking, Incentive-Based Compensation Arrangements, Office of the Comptroller of the Currency, U.S. Department of the Treasury (May 6, 2024) | DOLAR0693-720 |
| Guidance on Sound Incentive Compensation Policies, 75 Fed. Reg. 36395-414 (June 25, 2010) | DOLAR0721-740 |

| **4. Materials Prepared by the Department** | |
|---|---|
| Meeting Notes from Jeffrey Turner, Director of Regulations and Interpretations, Employee Benefits Security Division, U.S. Department of Labor (Dec. 19, 2024) | DOLAR0741-743 |
| Transcription of "Message from OMELVENY MYERS (2023835110)" (Received Oct. 7, 2024 9:26 AM) | DOLAR0744 |
| Transcription of "Message from OMELVENY MYERS (2023835110)" (Received Nov. 19, 2024 4:04 PM) | DOLAR0745 |

| **5. Communications with Requester** | |
|---|---|
| Electronic Communications with Attachments | DOLAR0746-909 |

| **6. Other Materials Identified in Electronic Search** | |
|---|---|
| Regular Rate Under the Fair Labor Standards Act, 84 Fed. Reg. 68,736-76 (Dec. 16, 2019) (codified at 29 C.F.R. pts. 548, 778) | DOLAR0910-950 |

| | |
|---|---|
| Brief and Special Appendix for Defendants-Appellants-Cross-Appellees, *Shafer v. Morgan Stanley*, No. 24-3141 [ECF No. 48.1] (2d Cir. Jan. 23, 2025) | DOLAR0951-1019 |
| Brief of Society for Human Resource Management as Amicus Curiae in Support of Defendants-Appellants-Cross-Appellees, *Shafer v. Morgan Stanley*, No. 24-3141 [ECF No. 64.1] (2d Cir. Jan. 29, 2025) | DOLAR1020-1054 |
| Brief of the Chamber of Commerce of the United States of America as Amicus Curiae in Support of Defendants-Appellants-Cross-Appellees, *Shafer v. Morgan Stanley*, No. 24-3141 [ECF No. 66.1] (2d Cir. Jan. 29, 2025) | DOLAR1055-1083 |
| Brief of the American Benefits Counsel as Amicus Curiae in Support of Defendants-Appellants-Cross-Appellees, *Shafer v. Morgan Stanley*, No. 24-3141 [ECF No. 67.1] (2d Cir. Jan. 29, 2025) | DOLAR1084-1103 |