[redacted]

12/19/24

Morgan Stanley – Questions I asked

- why 4/6 years? why 8 earlier, why reduction?
- Sketch the company's other benefit packages for these advisors please
- You do have at least one other bonus plan, right?
- What's novel about your arrangement?
- Commissions → how do you intend to address that line of analysis?

Morgan Stanley meeting August

Prefer to keep Litigation separate

Amicus ? January

Versus AO:

12/19/24

AO / 2nd circuit

JP

Compliance

AO

(a)(1)(B)

(a)(3) claim

Tom | Mark

Megan | Brian

Center / Financial Stability

Rule 4

Tax Implications

Regulatory Guidance

Exceptions (a)

Taxed as bonus

Tolbert

Wells Fargo

Plan | NY Law | defines <

Morgan Stanley
- Greg Jacobs
- Brian Boyle
- Megan V.
- Tom D.

<u>Transcription of "Message from OMELVENY MYERS (2023835110)" (Received Oct. 7, 2024 9:26 AM)</u>

Hi, Janet. This is Greg Jacob calling, counsel for Morgan Stanley, concerning our request for an advisory opinion. It's identification number A01533. Wanted to check in on status on that, and we've traded a couple of voicemails when it was first submitted, but wanted to briefly touch base with you on it. My phone number is 2023835110. Thank you very much. Bye.

Transcription of "Message from OMELVENY MYERS (2023835110)" (Received Nov. 19, 2024 4:04 PM)

Hi, Janet. This is Greg Jacob, counsel for Morgan Stanley, calling with respect to advisory opinion request number A01533, which we had sent in back in August time frame. I was calling because this issue is now going up on appeal to the Second Circuit. I wanted to get an update from you as to whether the advisory opinion might be close to issuing. I'm gonna be calling Tim Hauser and over to the Solicitor's Office to discuss DOL Amicus' participation with them and wanted to get a sense as to where the advisory opinion stood in the process, as part of those conversations. So if you could give me a call back, my number is 202-383-5110. I will look forward to hearing from you when you get a chance. Thanks a lot. Bye.