**From**: Thomas.D'Elisa@morganstanley.com [Thomas.D'Elisa@morganstanley.com]
**Sent**: 8/1/2024 5:12:56 PM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: Request from Morgan Stanley

You don't often get email from thomas.d'elisa@morganstanley.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Hi Tim.

I hope you are well. You may have seen that I had left you a voicemail earlier today (via Senior Adviser, Christine Donahue). In short, Morgan Stanley will soon be requesting an advisory opinion from EBSA, which seeks to confirm that the deferred incentive compensation awards we issue as bonuses to FAs are not governed by ERISA. The letter will come from Greg Jacob at O'Melveny & Myers who, as you probably know, served as Solicitor of Labor from 2007-2009.

There are a few key components to the awards we would like to highlight ahead of your review:

- The deferred awards at issue are designed to incentivize and reward current employees for engaging in good conduct and for remaining with the company through a vesting period.
- The awards expressly state they are not intended to provide retirement income and are not governed by ERISA.
- The express purposes of the awards are to encourage FA retention and good conduct.
- The majority of the awards are paid to current employees. A minority is paid to former employees who qualify for payment under limited exceptions to cancellation (death, disability, retirement, government service, lay-offs).
- When the awards are paid out, they are taxed as ordinary bonus income, not retirement/pension income.

While Morgan Stanley thinks the law is clear, we are pursuing an advisory opinion to clarify the application of the law to this program in the wake of a lawsuit and multiple arbitrations that have been filed claiming the awards are ERISA plans.

We look forward to EBSA's careful review of our submission. Please let me know if you would like to discuss.

Kind regards,
Tom

Thomas J. D'Elisa, Managing Director
**Morgan Stanley | Legal and Compliance**
2000 Westchester Avenue, 1st Floor | Purchase, NY 10577
Phone: +1 914 225-9777
Thomas.D'Elisa@morganstanley.com

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer

Protection Act. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the Morgan Stanley Privacy Policies https://www.morganstanley.com/privacy-pledge and General Disclaimers found at http://www.morganstanley.com/disclaimers/terms. The entire content of this email message and any files attached to it may be sensitive, confidential, subject to legal privilege and/or otherwise protected from disclosure.

**From**: Song, Janet - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=429AF03F931240CA9018B894FA585EC9-SONG, JANET]
**Sent**: 8/8/2024 11:07:14 AM
**To**: gjacob@omm.com
**Subject**: Advisory Opinion request Case ID No. A01533
**Attachments**: Morgan Stanley AO Ack letter.pdf

Dear Mr. Jacob

This is to inform you that we have received your request dated August 1, 2024 for an advisory opinion concerning the applicability of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA), to the deferred incentive compensation awards issued to Morgan Stanley Financial Advisors. This case has been assigned to me under case identification number A01533. Please refer to this number in any further communication with this office regarding your request. If you have any questions, you can contact me at (202) 693-8511.

Sincerely,

Janet K. Song

*Senior Employee Benefits Law Specialist*
*Office of Regulations & Interpretations*
*Employee Benefits Security Administration, U.S. Department of Labor*
*200 Constitution Ave., NW, Room N-5655*
*Washington, DC 20210*
*202.693.8511*

**U.S. Department of Labor** Employee Benefits Security Administration
Washington, D.C. 20210

August 8, 2024
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington DC 20006-4061

Re: Case Identification Number: A01533

Dear Mr. Jacob

This is to inform you that we have received your request dated August 1, 2024 for an advisory opinion concerning the applicability of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA), to the deferred incentive compensation awards issued to Morgan Stanley Financial Advisors. Specifically, that the deferred incentive compensation awards are not an "employee pension benefit plan" under ERISA section 3(2)(A) and the award qualify as a bonus program under 29 CFR 2510.3-2(c). This case has been assigned to me under the identification number shown above. Please refer to this number in any further communication with this office regarding your request. If you have any questions, you can contact me at (202) 693-8511.

Sincerely,

Janet Song

Janet K. Song
Senior Employee Benefits Law Specialist
Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 8/13/2024 4:05:40 PM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: EBSA Advisory Opinion Request (A01533)
**Attachments**: Morgan Stanley Letter to DOL Requesting Advisory Opinion (8-1-24) - CONFIDENTIAL.pdf

You don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent:** 8/13/2024 4:22:21 PM
**To:** Jacob, Greg [gjacob@omm.com]
**CC:** Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

[redacted]

**From:** Cisco Unity Connection Messaging System <unityconnection@voicemail.dol.gov>
**Sent:** Monday, October 7, 2024 9:26 AM
**To:** Janet Song <song.janet_dol.gov@voicemail.dol.gov>
**Subject:** Message from OMELVENY MYERS (2023835110)

[redacted]

**From:** Cisco Unity Connection Messaging System <unityconnection@voicemail.dol.gov>
**Sent:** Tuesday, November 19, 2024 4:04 PM
**To:** Janet Song <song.janet_dol.gov@voicemail.dol.gov>
**Subject:** Message from OMELVENY MYERS (2023835110)

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 11/20/2024 10:51:38 AM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: RE: EBSA Advisory Opinion Request (A01533)
**Attachments**: 2024.11.05 (000099.00) Memorandumopinion.pdf; Morgan Stanley Letter to DOL Requesting Advisory Opinion (8-1-24) - CONFIDENTIAL.pdf

You don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From**: Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent**: 11/20/2024 5:55:36 PM
**To**: Jacob, Greg [gjacob@omm.com]
**CC**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**

gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Jacob, Greg [gjacob@omm.com]
**Sent:** 11/25/2024 3:47:20 PM
**To:** Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>

**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From**: Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent**: 11/25/2024 4:59:07 PM
**To**: Jacob, Greg [gjacob@omm.com]
**CC**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 11/26/2024 11:48:40 AM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that

whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent:** 11/26/2024 5:03:31 PM
**To:** Jacob, Greg [gjacob@omm.com]
**CC:** Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]; Donahue, Christine - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=95efe0f3a4dd4673bf264defbafec382-Donahue, Ch]; Edozie, Melinda U - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8cdfaee8d5e34e89ab09dbc7007bf05c-Edozie, Mel]
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

I've marked my calendar for December 5, and sent a note on the 19th for Wayne. I'll get back to you as soon as I hear from him. In the meantime, have a great Thanksgiving!

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From**: Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent**: 12/4/2024 11:00:52 AM
**To**: Jacob, Greg [gjacob@omm.com]
**CC**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 12/4/2024 12:56:11 PM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!

Greg

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent:** 12/5/2024 10:39:31 AM
**To:** Jacob, Greg [gjacob@omm.com]
**CC:** Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

A list of attendees would be great.

Looking forward to see you, assuming we are still on. Just meet you across the street at the always elegant Hamilton's?

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, December 4, 2024 12:56 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 12/5/2024 10:43:58 AM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject**: RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Always elegant! If you prefer somewhere else, just name it (I imagine you might well be tired of Hamilton's!); otherwise I'll see you at Hamilton's at noon.

Here is our list:

Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)

It's possible one more might be added, if so I'll supplement. See you soon!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Thursday, December 5, 2024 10:40 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

A list of attendees would be great.

Looking forward to see you, assuming we are still on. Just meet you across the street at the always elegant Hamilton's?

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, December 4, 2024 12:56 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!

Greg

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent:** 12/5/2024 10:45:31 AM
**To:** Jacob, Greg [gjacob@omm.com]
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Hamilton's is great. See you then!

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Thursday, December 5, 2024 10:44 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Always elegant! If you prefer somewhere else, just name it (I imagine you might well be tired of Hamilton's!); otherwise I'll see you at Hamilton's at noon.

Here is our list:

Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)

It's possible one more might be added, if so I'll supplement. See you soon!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Thursday, December 5, 2024 10:40 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

A list of attendees would be great.

Looking forward to see you, assuming we are still on. Just meet you across the street at the always elegant Hamilton's?

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, December 4, 2024 12:56 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM

**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent:** 12/17/2024 6:16:12 PM
**To:** Jacob, Greg [gjacob@omm.com]
**CC:** Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, I'm sorry for the last-minute notice, but I won't be able to make the Thursday meeting. [redacted] I don't know that I'm necessarily critical to the meeting, but please let me know if you'd like to reschedule.

Thanks,

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Thursday, December 5, 2024 10:44 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Always elegant! If you prefer somewhere else, just name it (I imagine you might well be tired of Hamilton's!); otherwise I'll see you at Hamilton's at noon.

Here is our list:

Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)

It's possible one more might be added, if so I'll supplement. See you soon!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Thursday, December 5, 2024 10:40 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

A list of attendees would be great.

Looking forward to see you, assuming we are still on. Just meet you across the street at the always elegant Hamilton's?

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, December 4, 2024 12:56 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM

**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: 202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Jacob, Greg [gjacob@omm.com]
**Sent:** 12/17/2024 6:40:27 PM
**To:** Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

[redacted]

I think that the client will elect to proceed with Wayne and the rest of the crew, but if I'm wrong about that I'll let you know.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, December 17, 2024 6:16 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, I'm sorry for the last-minute notice, but I won't be able to make the Thursday meeting. [redacted] I don't know that I'm necessarily critical to the meeting, but please let me know if you'd like to reschedule.

Thanks,

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Thursday, December 5, 2024 10:44 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Always elegant! If you prefer somewhere else, just name it (I imagine you might well be tired of Hamilton's!); otherwise I'll see you at Hamilton's at noon.

Here is our list:

Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)

It's possible one more might be added, if so I'll supplement. See you soon!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Thursday, December 5, 2024 10:40 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

A list of attendees would be great.

Looking forward to see you, assuming we are still on. Just meet you across the street at the always elegant Hamilton's?

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, December 4, 2024 12:56 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent:** 12/17/2024 8:33:18 PM
**To:** Jacob, Greg [gjacob@omm.com]
**Subject:** Re: EBSA Advisory Opinion Request (A01533)

Thank you. I really appreciate. [redacted]

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, December 17, 2024 6:40:27 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

[redacted]

I think that the client will elect to proceed with Wayne and the rest of the crew, but if I'm wrong about that I'll let you know.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, December 17, 2024 6:16 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, I'm sorry for the last-minute notice, but I won't be able to make the Thursday meeting. [redacted] I don't know that I'm necessarily critical to the meeting, but please let me know if you'd like to reschedule.

Thanks,

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Thursday, December 5, 2024 10:44 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Always elegant! If you prefer somewhere else, just name it (I imagine you might well be tired of Hamilton's!); otherwise I'll see you at Hamilton's at noon.

Here is our list:

Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)

It's possible one more might be added, if so I'll supplement. See you soon!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Thursday, December 5, 2024 10:40 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

A list of attendees would be great.

Looking forward to see you, assuming we are still on. Just meet you across the street at the always elegant Hamilton's?

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, December 4, 2024 12:56 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim, that is perfect; we'll be there then. Should I get you a list of attendees? And I'm very much looking forward to catching up tomorrow!

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 4, 2024 11:01 AM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg, sorry for the delayed response on the Morgan Stanley meeting – usual cat herding exercise. The afternoon of 12/19 works for us. Around 1:00 would be best if that's good for you and your client.

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Let's plan for our catch-up lunch at noon on December 5 if that works for you, then. I'll send a calendar invite.

If PBSD can be available any time on Tuesday December 17, or before 3 pm on Thursday December 19, those would be ideal for the Morgan Stanley folks' travel schedules.

Greg

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Monday, November 25, 2024 4:59 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Thanks, Greg.

December 5 seems great. I'll check with PBSD on the week of December 16, but doubt it's a problem if you have suggested dates that are particularly good for the Morgan Stanley folks.

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Monday, November 25, 2024 3:47 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Tim,

Would December 2 or 5 work for you for a catch-up lunch? Both days are open for me, and I can readily come your way.

Separately, if PBSD would be able to meet during the week of December 16, our Morgan Stanley team could make any time that week work for a meeting.

Greg

**Gregory F. Jacob**
gjacob@omm.com

---

O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, November 20, 2024 5:56 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Greg,

Congratulations on your progress with the book!

I'll be around in December and would love to have lunch. It would be nice to catch up. The first week in December looks a bit less crowded than the second week if you have some dates that work for you that week.

I'd be happy to set up a meeting with PBSD on the AO, as well. What do you think is a good timeframe for that?

Tim

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Wednesday, November 20, 2024 10:52 AM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well. Morgan Stanley is going to be appealing to the Second Circuit the issue that is the subject of the Advisory Opinion Request that we discussed back in August; the attached opinion of the district court that was entered on November 5, 2024 is the decision that will be appealed. I checked with Janet Song, who reports that our Advisory Opinion request is "under review" but no further status update is possible at this time.

There will be a long runway before any amicus brief would be due, but Morgan Stanley would like to discuss with the Department the possibility of filing a brief in support of our appeal at the appropriate time next year. Normally I would go direct to Wayne with such a request, and I am happy to do so now, but I wanted to check in with you first since we briefly previously discussed the underlying subject matter, and I'm sure that whatever thinking may have been done internally on the subject matter in the intervening time would bear on the amicus participation request. We'd be eager to come in and discuss with DOL the strong reasons it should support our merits position in the appeal (I think the Second Circuit could just vacate the district court's ERISA analysis and not reach the merits, but if it does reach the merits, it will be important that it get it right).

Entirely separately – I just finished my seventh of eight book chapters and should be finished with a full first draft by the end of November, so my schedule is at last freeing up. I'd love to get together for lunch the first two weeks of December if you have a convenient time, to talk about everything other than ERISA.

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Tuesday, August 13, 2024 4:22 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** RE: EBSA Advisory Opinion Request (A01533)

[EXTERNAL MESSAGE]

Nice to hear from you, Greg. I'll be around for a couple more hours tonight if you want to reach me. I'll be here tomorrow too, but my calendar looks grim. My office number is 202-693-8316. Cell is [redacted]

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, August 13, 2024 4:06 PM
**To:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Subject:** EBSA Advisory Opinion Request (A01533)

Tim,

I hope all is well! You and I were both on panels for the ABA's Fiduciary Institute a couple of months ago, and I thoroughly enjoyed yours, but in the new world of online conferences it didn't afford the opportunity to say hello directly.

I attach here an Advisory Opinion request that I've submitted on behalf of Morgan Stanley (A01533, assigned to Janet Song). It's more time sensitive than most AO requests, and I was hoping to bend your ear for just five minutes. Would there be a convenient time tomorrow for me to give you a brief call?

Greg

**Gregory F. Jacob**
Partner
**O'Melveny**
gjacob@omm.com
O: +1-202-383-5110

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From**: Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent**: 12/18/2024 12:32:06 PM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]; Berry, Wayne - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=36e97e33c77345ddad348d535cd0cfff-Berry, Wayn]; Turner, Jeffrey - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f1450e69eb24e6a9cb105d821a7eaf3-Turner, Jef]; 'gjacob@omm.com' [gjacob@omm.com]
**CC**: Berger, Eric - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=652f46f1f32b4363926e49c4ed696afa-Berger, Eri]

**Subject**: Morgan Stanley Advisory Opinion Request
**Location**: Fishbowl - N5677

**Start**: 12/19/2024 1:00:00 PM
**End**: 12/19/2024 2:00:00 PM
**Show Time As**: Busy

**Required Attendees**: Hauser, Timothy - EBSA; Berry, Wayne - SOL; Turner, Jeffrey - EBSA; 'gjacob@omm.com'
**Optional Attendees**: Berger, Eric - EBSA

Morgan Stanley attendees:

Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)

**From**: Hauser, Timothy - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F53123130C04DAD92222EACD1FDF045-HAUSER, TIM]
**Sent**: 12/19/2024 10:06:17 AM
**To**: Hauser, Timothy - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f53123130c04dad92222eacd1fdf045-Hauser, Tim]; Berry, Wayne - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=36e97e33c77345ddad348d535cd0cfff-Berry, Wayn]; Turner, Jeffrey - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f1450e69eb24e6a9cb105d821a7eaf3-Turner, Jef]; 'gjacob@omm.com' [gjacob@omm.com]
**CC**: Berger, Eric - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=652f46f1f32b4363926e49c4ed696afa-Berger, Eri]

**Subject**: Morgan Stanley Advisory Opinion Request
**Location**: Fishbowl - N5677

**Start**: 12/19/2024 1:00:00 PM
**End**: 12/19/2024 2:00:00 PM
**Show Time As**: Tentative

**Required Attendees**: Hauser, Timothy - EBSA; Berry, Wayne - SOL; Turner, Jeffrey - EBSA; 'gjacob@omm.com'
**Optional Attendees**: Berger, Eric - EBSA

Just FYI—looks like an in-person meeting only. Tim cannot make it. Just Wayne and me. Will fill you in
-----Original Appointment-----
**From:** Hauser, Timothy - EBSA <Hauser.Timothy@dol.gov>
**Sent:** Wednesday, December 18, 2024 12:32 PM
**To:** Hauser, Timothy - EBSA; Berry, Wayne - SOL; Turner, Jeffrey - EBSA; 'gjacob@omm.com'
**Subject:** Morgan Stanley Advisory Opinion Request
**When:** Thursday, December 19, 2024 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Fishbowl - N5677

Morgan Stanley attendees:

Greg Jacob (O'Melveny)
Brian Boyle (O'Melveny)
Meaghan Vergow (O'Melveny)
Mark Greenfield (Morgan Stanley)
Tom D'Elisa (Morgan Stanley)

**From**: Song, Janet - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=429AF03F931240CA9018B894FA585EC9-SONG, JANET]
**Sent**: 12/31/2024 2:21:24 PM
**To**: Jacob, Greg [gjacob@omm.com]
**CC**: Berger, Eric - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=652f46f1f32b4363926e49c4ed696afa-Berger, Eri]
**Subject**: Advisory Opinion request Case ID No. A01533

Mr. Jacob

Are you available for a Teams call with myself and my supervisor, Eric Berger, this Friday 1/3/25 after 11 am or Monday 1/6/25 between 11 am–1:30 pm, or after 3pm? If you can let me know your availability, I would appreciate it. Thank you.

Janet K. Song

*Senior Employee Benefits Law Specialist*
*Office of Regulations & Interpretations*
*Employee Benefits Security Administration, U.S. Department of Labor*
*200 Constitution Ave., NW, Room N-5655*
*Washington, DC 20210*
*202.693.8511*

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 1/1/2025 7:33:00 PM
**To**: Song, Janet - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=429af03f931240ca9018b894fa585ec9-Song, Janet]
**CC**: Berger, Eric - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=652f46f1f32b4363926e49c4ed696afa-Berger, Eri]; VerGow, Meaghan [mvergow@omm.com]; Reed, Alexander [areed@omm.com]
**Subject**: RE: Advisory Opinion request Case ID No. A01533

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Janet,

We are available to meet by Teams with you and Eric at 11 am ET on January 6. Will you send an invite, or should we?

Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

---

**From:** Song, Janet - EBSA <Song.Janet@dol.gov>
**Sent:** Tuesday, December 31, 2024 2:21 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Cc:** Berger, Eric - EBSA <Berger.Eric@dol.gov>
**Subject:** Advisory Opinion request Case ID No. A01533

Mr. Jacob

Are you available for a Teams call with myself and my supervisor, Eric Berger, this Friday 1/3/25 after 11 am or Monday 1/6/25 between 11 am–1:30 pm, or after 3pm? If you can let me know your availability, I would appreciate it. Thank you.

Janet K. Song

*Senior Employee Benefits Law Specialist*
*Office of Regulations & Interpretations*
*Employee Benefits Security Administration, U.S. Department of Labor*
*200 Constitution Ave., NW, Room N-5655*
*Washington, DC 20210*
*202.693.8511*

**From**: Song, Janet - EBSA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=429AF03F931240CA9018B894FA585EC9-SONG, JANET]
**Sent**: 1/2/2025 10:10:47 AM
**To**: Song, Janet - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=429af03f931240ca9018b894fa585ec9-Song, Janet]; gjacob@omm.com; mvergow@omm.com; areed@omm.com; Berger, Eric - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=652f46f1f32b4363926e49c4ed696afa-Berger, Eri]

**Subject**: Advisory Opinion request Case ID No. A01533
**Location**: Microsoft Teams Meeting

**Start**: 1/6/2025 11:00:00 AM
**End**: 1/6/2025 12:00:00 PM
**Show Time As**: Tentative

**Recurrence**: (none)

**Required Attendees**: gjacob@omm.com; mvergow@omm.com; areed@omm.com; Berger, Eric - EBSA

To discuss Advisory Opinion request Case ID No. A01533

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 285 138 528 264

Passcode: g8bW3om2

---

### Dial in by phone

+1 202-735-3644,,304417682# United States, Washington

Find a local number

Phone conference ID: 304 417 682#

### Join on a video conferencing device

Tenant key: teams@meet.dol.gov

Video ID: 119 016 017 1

More info

For organizers: Meeting options | Reset dial-in PIN

Privacy and security

---

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 4/9/2025 7:20:12 AM
**To**: Turner, Jeffrey - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f1450e69eb24e6a9cb105d821a7eaf3-Turner, Jef]
**CC**: Berry, Wayne - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=36e97e33c77345ddad348d535cd0cfff-Berry, Wayn]; Song, Janet - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=429af03f931240ca9018b894fa585ec9-Song, Janet]; Berger, Eric - EBSA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=652f46f1f32b4363926e49c4ed696afa-Berger, Eri]; VerGow, Meaghan [mvergow@omm.com]; Boyle, Brian [bboyle@omm.com]
**Subject**: Morgan Stanley Advisory Opinion Request
**Attachments**: 2025.04.05.Ltr.from.G.Jacob.to.Deputy.Director.Turner.pdf

Some people who received this message don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Jeff,

I hope all is very well. Somehow I think it is colder today than it was when we met in December!

Please find attached correspondence following up on our meeting on December 19, and follow-up call with Eric Berger and Janet Song on January 6.

Sincerely,
Greg

**Gregory F. Jacob**
Partner
O'Melveny
gjacob@omm.com
O: +1-202-383-5110

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

O'Melveny

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

April 8, 2025

**Greg Jacob**
D: +1 202 383 5110
gjacob@omm.com

**CONFIDENTIAL**

**VIA EMAIL AND FIRST-CLASS MAIL**

Deputy Director Jeffrey Turner
Employee Benefits Security Administration
U.S. Department of Labor
Office of Regulations and Interpretations
200 Constitution Avenue, NW, Suite N-5655
Washington, DC 20210

**Re:** ***Request for Advisory Opinion on Application of ERISA to Deferred Incentive Compensation Awards Issued to Morgan Stanley Financial Advisors***

Dear Deputy Director Turner:

On behalf of Morgan Stanley Smith Barney LLC ("Morgan Stanley"),[1] I am following up on our December 2024 meeting and my August 1, 2024 letter requesting an advisory opinion from the U.S. Department of Labor ("the Department") regarding whether ERISA applies to the deferred incentive compensation awards that Morgan Stanley issues to financial advisors. As set forth in my prior letter, the Department's guidance is necessary and appropriate given ongoing legal challenges that have created a cloud of uncertainty concerning ERISA's application to Morgan Stanley's awards and similar compensation offered by other financial services firms.

As we have explained in our discussions, these efforts to expand ERISA's scope through litigation are premised on an interpretation of ERISA's "pension plan" definition and the Department's "bonus plan" exemption that longstanding Department guidance and caselaw do not support. Nevertheless, the mere existence of these challenges, including the divergent opinions they have prompted, is threatening the ability of financial firms—and employers more broadly—to continue offering deferred incentive compensation to employees in its current form, even though the compensation is designed to meet the expectations of various financial regulators. *See* August 1, 2024 Letter at n.3. The recent decision by a district court in North Carolina holding that ERISA's pension rules do not apply to Merrill Lynch's deferred compensation awards for financial advisors—dubbed "materially identical" to Morgan Stanley's awards by one plaintiffs' firm[2]—reinforces the Department's longstanding guidance, but does

[1] Morgan Stanley's EIN is 26-4310844. I am authorized to submit this letter on Morgan Stanley's behalf.

[2] *Milligan v. Merrill Lynch*, Civil Act. No. 3:24-cv-00440, Dkt. No. 70 at 2–3 (W.D.N.C. Feb. 14, 2025).

not resolve the uncertainty employers nationwide face in developing their deferred incentive compensation programs. *See Milligan v. Bank of America Corp.*, 2025 WL 892972, at *5 (W.D.N.C. Mar. 11, 2025) (rejecting "paradoxical" argument that incidental payments to former employees under humanitarian exceptions to cancellation triggered pension rules, and also holding that awards qualify as "bonuses").

Because financial services firms across the industry offer very similar deferred incentives to their financial advisors, in part because of the influence of the principal regulators they share, an advisory opinion from the Department would not only assist Morgan Stanley in shaping its future deferred incentive awards but also provide helpful guidance to Morgan Stanley's peer firms. Morgan Stanley therefore respectfully reiterates its request that the Department issue an advisory opinion confirming that the deferred compensation award terms that Morgan Stanley would like to continue to offer do not implicate ERISA.

Please do not hesitate to contact me with any questions or requests for additional information. We are, of course, grateful for the Department's attention to this request.

Sincerely,

Greg Jacob

cc: Associate Solicitor of Labor Wayne Berry

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 7/1/2025 11:02:18 AM
**To**: Snare, Jonathan - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d841037413b4e3e8684ed76a6c4ab71-2559c53f-60]
**Subject**: Morgan Stanley Opinion Letter (drafting already underway)
**Attachments**: Morgan Stanley Letter to DOL Requesting Advisory Opinion (8-1-24) - CONFIDENTIAL.pdf; 2025.04.05.Ltr.from.G.Jacob.to.Deputy.Director.Turner.pdf

You don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Jon,

Following up on our call, please find attached Morgan Stanley's pending opinion letter request (A01533).

EBSA's Office of Regulations and Interpretations agreed after we met with Jeff Turner and Wayne Berry back in December 2024 that this request was meritorious, and Eric Berger told me two weeks ago that getting this letter out is now the office's top interpretive priority. What we're hoping for is a little Front Office nudge to get this really important "tort reform" type letter over the finish line and out. The timing is getting increasingly important given the confusion sown by a very sloppy district court in *Shafer v. Morgan Stanley*, 2023 WL 8100717 (S.D.N.Y. Nov. 21, 2023), and the industry really needs DOL to speak clearly and promptly, as they are planning their go-forward compensation structures at the halfway point into 2025; *Shafer* would require the entire industry to redo everything in ways that would materially hurt the interests of employees, as well as good governance principles articulated by the industry's financial regulators.

Best,
Greg

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From**: Snare, Jonathan - SOL [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D841037413B4E3E8684ED76A6C4AB71-2559C53F-60]
**Sent**: 7/1/2025 12:01:09 PM
**To**: Jacob, Greg [gjacob@omm.com]
**Subject**: RE: Morgan Stanley Opinion Letter (drafting already underway)

Greg:

Confirming receipt. Great to catch up with you this morning. I will follow up on this matter and we will get back to you.

Jonathan L. Snare, Deputy Solicitor
S-2002
(office direct) 202-693-5263
(work cell) 771-241-2914
Snare.jonathan@dol.gov

---

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, July 1, 2025 11:02 AM
**To:** Snare, Jonathan - SOL <Snare.Jonathan@dol.gov>
**Subject:** Morgan Stanley Opinion Letter (drafting already underway)

You don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Jon,

Following up on our call, please find attached Morgan Stanley's pending opinion letter request (A01533).

EBSA's Office of Regulations and Interpretations agreed after we met with Jeff Turner and Wayne Berry back in December 2024 that this request was meritorious, and Eric Berger told me two weeks ago that getting this letter out is now the office's top interpretive priority. What we're hoping for is a little Front Office nudge to get this really important "tort reform" type letter over the finish line and out. The timing is getting increasingly important given the confusion sown by a very sloppy district court in *Shafer v. Morgan Stanley*, 2023 WL 8100717 (S.D.N.Y. Nov. 21, 2023), and the industry really needs DOL to speak clearly and promptly, as they are planning their go-forward compensation structures at the halfway point into 2025; *Shafer* would require the entire industry to redo everything in ways that would materially hurt the interests of employees, as well as good governance principles articulated by the industry's financial regulators.

Best,
Greg

**Gregory F. Jacob**
gjacob@omm.com
O: 202-383-5110

**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From**: Jacob, Greg [gjacob@omm.com]
**Sent**: 7/1/2025 12:40:43 PM
**To**: Snare, Jonathan - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d841037413b4e3e8684ed76a6c4ab71-2559c53f-60]
**Subject**:RE: Morgan Stanley Opinion Letter (drafting already underway)

You don't often get email from gjacob@omm.com. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Thanks, Jon. I appreciate it. And looking forward to a further post-confirmation catch up!

**Gregory F. Jacob**
gjacob@omm.com
O: +1-202-383-5110
**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

**From:** Snare, Jonathan - SOL <Snare.Jonathan@dol.gov>
**Sent:** Tuesday, July 1, 2025 12:01 PM
**To:** Jacob, Greg <gjacob@omm.com>
**Subject:** RE: Morgan Stanley Opinion Letter (drafting already underway)

Greg:

Confirming receipt. Great to catch up with you this morning. I will follow up on this matter and we will get back to you.

Jonathan L. Snare, Deputy Solicitor
S-2002
(office direct) 202-693-5263
(work cell) 771-241-2914
Snare.jonathan@dol.gov

**From:** Jacob, Greg <gjacob@omm.com>
**Sent:** Tuesday, July 1, 2025 11:02 AM
**To:** Snare, Jonathan - SOL <Snare.Jonathan@dol.gov>
**Subject:** Morgan Stanley Opinion Letter (drafting already underway)