AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Steve Sheresky, et al.
*Plaintiff*
v.
United States of America, et al.
*Defendant*

Case No. 25 Civ. 8935 (PGG)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants .

Date: 11/02/2026

/s/ Allison M. Rovner
*Attorney's signature*

AUSA Allison M. Rovner
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

allison.rovner@usdoj.gov
*E-mail address*

(212) 637-2691
*Telephone number*

*FAX number*