**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 3, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Sheresky, et al. v. United States, et al.*
No. 25 Civ. 8935 (PGG)

Dear Judge Gardephe:

I write respectfully pursuant to Local Rule 1.4(b) to request the Court's leave to withdraw as counsel for defendants (the "Government") in the above-referenced matter due to my forthcoming departure from the United States Attorney's Office. The Government will be represented by Assistant U.S. Attorney Allison Rovner, who has appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

I thank the Court for its consideration of this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: *\/s/ Robert Yalen*
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2722
robert.yalen@usdoj.gov

cc (by ECF): Plaintiffs' Counsel